<u>VERMONT OFFICIAL STATE WEBSITE</u>

DISABILITIES, AGING AND INDEPENDENT LIVING

# Division of Vocational Rehabilitation



CONTACT

# VALUES AND MISSION

VocRehab Vermont believes in putting the customer in the driver's seat. And that includes both our customers: people with disabilities and employers.

You know what's best for you or your company. But you can't possibly know everything about a wide range of disabilities and the benefit programs, incentives, assistive technology, and services available to help people with disabilities succeed in the workplace. That's why we exist. It's our job to help guide you along the way.

And what guides us?

## Our Mission

The mission of VocRehab Vermont is to help Vermonters with disabilities prepare for, obtain, and maintain meaningful careers and to help employers recruit, train, retain and promote employees with disabilities.

## Our Vision

- The customer will be the first priority for VocRehab Vermont staff and community partners.

- All VocRehab Vermont customers will have the opportunity to support themselves and their families in a career pathway of their choice.

- All VocRehab Vermont staff will be valued and empowered.

- VocRehab Vermont has the resources to meet the needs of all Vermonters with disabilities and employers who seek our services.

## Our Pledge

- Treat all consumers and employers with respect.

- Listen to customer needs and provide timely services of high quality.

- To be competent, creative and flexible in our approach to problem solving.

- To be a trusted on-going resource to our dual customer – the employer and the person with a disability.

- To advocate for full accessibility for people with disabilities to the career pathway of their choice.

- To ensure a high degree of employer and consumer satisfaction.

TAGS:
Disabilities (/tags/disabilities) | Employer (/tags/employer) | Employers (/tags/employers) | Employment (/tags/employment) | Vocational Rehabilitation (/tags/vocational-rehabilitation)

## Contact Us

**Diane Dalmasse, Division Director**
HC 2 South, 280 State Drive
Waterbury, VT 05671-2040
Voice/TTY: 1-866-VRWORKS (1-866-879-6757)
Fax: (802) 241-0341
For Telecommunications Relay Service: Dial 711



This is a Division of the
Department of Disabilities, Aging and Independent Living
under the Agency of Human Services

To report Website issues please email: DAIL Webmaster
For all other inquiries please use the Web Inquiry Form

## Vermont Resources

ASL Interpreting Services

Assistive Technology Program

Employee Assistance Program (EAP)

Vermont 2-1-1

Vermont Center for Independent Living

## Performance Dashboards

Agency of Human Services Results Scorecard

DAIL Department Dashboard

Division of Vocational Rehabilitation (DVR) Scorecard