**Introduction to social Justice and Anti Racism**   Mirna Valerio

I am so so happy to be with you today; thank you to Heather [Batalion] for reaching out to me, I think it was November; We have been sort of working on it putting the theories together for a while, and I am really really excited that we can finally do it. I know we will have a great time although its hard stuff, a lot of it is very very heavy but I like to approach this with a sense of joy and hope; because we need it—that's  not my opinion, its fact (laughs)  so thank you for taking the time to be here today and trusting me to lead you all through this experience on what is an urgent topic.

2:37:  "Before we delve into the work, How are you feeling emotionally and physically, where are you in your body?  How are you feeling in your bodies?  It's really important work to continually check in with yourself because a lot of our emotional stuff a lot of the work we do is manifested physiologically; to be able to observe ourselves when we are heated up or riled up and  just know that is what is happening to our bodies and spirits and minds is a good practice.  We will check in a couple of times throughout the morning; " (Required people to share in the chat how they were feeling)

(Powerpoint slide)

**Check-in**

5:38 Get used to that; we are going to be doing a lot of sharing as part of doing this work

5:50 Question format:  I do not take real time questions. It very often serves to derail the work. What I mean by that is that sometimes the questions are very self-serving, and they don't necessarily serve the entire group; sometimes people ask questions to stop the progress of the group or to argue. It's a self-protective measure; I have had lots and lots of workshops where that has happened,  so we are not going to do it today" If you do have questions, we have a lovely hour after lunch [note: after lunch questions and discussions are not part of the video] So, here is our agenda:

(Powerpoint slide)
- ☐  Identity, Social Justice, Racism,
- ☐  Anti-Black and Anti-Asian Racism
- ☐  Whiteness
- ☐  A Framework for Anti-racism
- ☐  Strategies

We will delve into our community guidelines, which is a very important part of the work, and then we will head into identity, social advantage, privilege, social justice and then racism today.  Next week we will  do anti-Asian racism, whiteness and anti-racism framework; I will have a speaker, my friend Leanne Seeperman,(sp.?)  who is an artist; she is super super cool, and so smart. Then we will do a lot of processing and talking together in your community and breakout sessions.  We will also do some share outs with the larger group; If you are someone who normally doesn't speak in large groups, this is a fantabulous time to practice that skill and

practice being vulnerable.  We really try to create a safe and brave space for everyone. So this is a perfect place to do this.
(Power point slide)
- Concepts in IDENTITY, SOCIAL JUSTICE, and ANTIRACISM
- "THE WORK"
    - Diversity, Equity, Inclusion, EI, DEI, and JEDI for Justice, Equity, Diversity and Inclusion.
- Dismantling ALL kinds of racism
- Requires
    - Introspection/reflection
    - conflict/discomfort
    - cognition/emotions
    - Unlearning harmful ideologies

9:43 I appreciate your willingness to perhaps be uncomfortable today; and to discuss some potentially difficult things with colleagues that maybe you know, maybe you don't know but most importantly  to embody that we in the work call critical humility, critical humility, which is this understanding that we are all in a learning space or sometimes we call it the learning edge, giving grace to ourselves, grace to other people,  as we delve into this really difficult topic (spends time giving personal background as to why she is doing this training)
 It's a blessing to lead people to the work, and to push them into a new realization.

11:21 "What do I mean by "the work" and you will probably hear this when you are taking a diversity seminar or an equity seminar. What "the work" is is  what we are doing right now. The education, the seminars.  It's called different things, it's called  Diversity, equity, JEDI, inclusion, DNI, ENI IDEA there are so many different acronyms, but it is all the same and what it includes 11:50:  is dismantling all kinds of isms--White Supremacist ideology from which many isms are derived , and
12:00 advantage and disadvantage based purely on skin color.  It also includes and requires conversations, reflections, self-challenging, conflict, which might not be resolved that is also where we find ourselves in that learning space: discomfort, balancing of emotion and cognition, meta cognition, which is that idea of thinking about what we are thinking about, thinking about ourselves, thinking about what we are doing , being observers about our own behaviors and attitudes and actions.  Meta cognition.
12:41: And also unlearning harmful ideologies that we as a society have both internalized and perpetuated. That's what this work includes.
(Power point slide)
**One Minute paper: Reactions**
**What are your reactions to hearing the following phrases?  How do they make you feel?**
- White/whiteness
- White people/white privilege
- White supremacy/White supremacist ideology
- The White community
(Valerio says those phrases twice)

What I would like you to do now is to take a minute and reflect on hearing those phrases, hearing those words, if you are white, identify as white, if you are not white, what is your reaction what is the feeling in your body, feeling in your mind emotionally, take a minute to reflect on that.

I am going to use the following phrases a lot:  white, white people, white supremacy ,white supremacists ideology,  white privilege, the white community

13: 30 give you a minute to reflect on those phrases;  what is your reaction emotionally; take a minute to reflect on that

(time spent reflecting on the words in the power point slide)

If you are willing, please share a couple of words in the chat

(Reading aloud responses from the chat)  "emotions that hurt"  "uncomfortable" "not good" "anxious angry" "I feel guilty"  "I have benefitted from White Supremacy"  "I feel guilty but defensive"  "sad and angry " "hate and fear" "reflexively defensive" "white privilege makes me cranky" "nagging feeling" knots in my stomach" "want to be a better person"

Wow.  Thank you thank you for sharing (reads more responses)  " White Supremacy as an ugly part of my act" "labelling the white community feels weird in the white community" "important to bring up and talk about white privilege"; "angry disgusted"

16:20:  If you do find  discomfort,  and anger and defensiveness in hearing those phrases, you simply sit with that discomfort in this class and practice critical humility; that is why that notion exists; specifically when we are feeling these feelings; you know part of this work is leaning into that discomfort, this space of learning.  So, thank you for sharing.

17:01 All this work is carried under the umbrella of social justice.

17:10:  what is social justice anyway

17:36 Power point slide:

Social Justice
- People from all social identity groups can participate in a society that...
    - Meets all of their needs as human beings
    - In which resources are equitably distributed and ecologically sustainable

18:44: when we have environmental justice, all of our needs can be fulfilled;
There is this whole process to achieving the goal of a socially just society, that process includes working in collaboration with others like we are doing right now; being respectful of the diversity of humanity; and affirming and acknowledging and embracing all identities.  Also the idea is to 19:18: Inculcate a power with rather than a power over framework;   "power together" versus power over people, power over communities, power over societies, power over certain identities. So "power with" versus "power over". So when you think you think about the ideology of white supremacy, which is the belief system that rationalizes, reproduces and normalizes white racial advantage in political government cultural and social institutions; that is what power over means.

20:00 There is a definite sense of subjugation, whether or not it is in the fabric of a workplace, a government institution, or something like housing. So in a socially just society, all of our members are physically and psychologically safe; they feel like they are part of the community, think about Maslow's hierarchy of needs.

20:44 (power point slide of Maslow's hierarchy of needs)  Maslow's hierarchy of needs:  "that is what it means to have all our needs met in a socially just society"

(goes over Maslow's hierarchy of needs)


21:07 Another part of social justice is recognizing oppressive situations when you have them

We do not do these without something called critical consciousness

Critical consciousness is knowing your identity very deeply so that you will have empathy, awareness of the impact of current and historical examples of racism and other isms and then developing an action plan for yourself;

Critical humility is knowing we are in that learning space

22:25:  one area we going to talk about is racism specifically today, but we are also going to touch on other aspects of identity


.

(Powerpoint slide)

Community engagement guidelines:
- This is not the time for arguing for argument's sake.
- When listening be fully present. Listen with ears and heart. Give your full attention
- Use "I" statements; speak from your OWN experience
- Do not hijack others' experiences by being self-serving, or centering your own experiences while another person is sharing
- Be self-responsible and serf-challenging
- Lean into the discomfort
- Although silence is a valid way of participating in other situations, your vocal participation is crucial here. Be aware of your own body language/non-verbal cues

We are going to talk about our guidelines for community engagement.  Very very important thing to have when you are doing any sort of work around identity.  You want to be able to do the work.  You want people to feel like they are  safe; they may not be comfortable, but you want them to feel safe because everybody abides by the same rules. Here are the ones I use for all my work.  I won't go through all of them, but I will spend some time on this.

23: 11:  The first thing is that we are going to acknowledge that racism is real; it's not an opinion; its real; its baked into the very fabric of society.  slavery would not have existed without racism without this racial hierarchy created by human beings.

As I said earlier, we are not going to argue for argument's sake;  it really takes away from the work;

You listen with your entire body

Be engaged. Very often  we listen to respond, which means we are not actually listening. Typically people will have two minutes to speak, and then you will have the floor at some point . When you are telling stories, make sure you are telling your own story.  We often feel entitled to tell other people's stories  We never really know 100% other people's stories.  So tell your own story.  Use "I" statements.  Make sure we take responsibility for our actions, our (unintelligible), our cognition sometimes, I know I get riled up, and say something untoward, or something that's hurtful, so when we are called out, apologize, really apologize and move on.  We are in this learning phase.  It will be uncomfortable. It will be uncomfortable to be vulnerable; that's ok; that's why we're in this space. And sometimes its conflict; and again, it might not be resolved, Important to be participatory; to speak; that is how we get the work done;

Be aware of body language; like I am like completely engaged, but I am tired; but just be aware about how other people might read that; have that meta cognition ready; people will say things that are confidential that, again, people are being very vulnerable; please hold people's shares in confidence; acknowledge them, and yes, please be respectful of that.

Perhaps, most importantly, is to realize your intent is very different from the impact (unintelligible).  I like to say that nobody cares about your intent;  it is how you make somebody feel  through your words, your actions, your attitudes  you can have the best intent in the world and no one cares; your actions, your attitudes; the stereotypes you are reacting to, that's what matters, right?   You can have the best intent in the world, and no one cares; it is the impact of your actions. Right?  Cool.

Now we are going to move on.  We are going to do something fun

26:33 (Power point slide)
**Deep introductions**
  - **Name, Name Origin/Family/Any facts you'd like to share aobut yourself?**
  - **Where are you from? Where have you lived?**
  - **Age?**
  - **Race/Ethnicity/Religious affiliation (how do you choose to identify?)**
  - **Travel?**
  - **Personal hobbies? Talents?**
  - **Anything you want us to know/share about yourself!**

This is something called deep introductions.  Normally, what I do with this, is when we're in, you know, real life, (laughs) (unintelligible)

Have to keep peeling off layers and layers and layers of yourself;

Take two minutes to talk about yourself in  groups of four.

43:00 end of breakout group session

(Then taking several minutes of sharing what people said in the breakout session)

51:56: So we are going to move on; So the reason why we do these introductions;  just practicing speaking about yourself;  like peeling the layers of onion;  it's helpful to others; these are parts of ourselves about how we and others exist in the world ; what we see; what we can't

see; what we choose to see; what we choose not to see; and choose not to engage with; and this is what identity is; so

52:48 (Powerpoint slide)

**Defining identity**

- The characteristics determining who or what a person is.
- The qualities, beliefs, and social group membership that make a person and informs their behavior, actions, and experiences.
- HOW WE EXPERIENCE THE WORLD

So if we were to google the word identity one of the first things we would come up with; "the characteristics determining who or what a person is" That doesn't give you a lot of useful information but if we were to go down to a more sociological angle which I think is particularly helpful to this group here, you would find that identity is defined as "the qualities, beliefs, and social group membership that make a person and informs their behavior, actions and experiences." So that when we talk about the things that we do, what we are, where we live, where we are from, what we've been exposed to, or not,  whether or not we attend a religious ceremony  or meeting, we are actually making expressions of identity; so in this work, we use identity as a framework  for understanding our world, because  (unintelligible) identity is how we understand the world; and to explain that a little more, the breakdown of the parts of identity, we have:

53:57 (Powerpoint slide)

**Cultural identity-Breakdown**

- Race
- Ethnicity
- Gender identity
- Sexual identity
- Religion/belief system
- Political beliefs
- Profession
- Education
- Language and accent

One of the most prominent cultural identifier is race;  race is a socially constructed category of identity created to produce a hierarchy of skin colors.  Biologically we are not very different from each other; we might have environmental factors that determine skin color; but  no scientific basis for race to actually exist.

Then moving on to ethnicity; ethnicity is a whole host of things that people conflate with race. Ethnicity includes what community you live in; where that community is located; the languages that that community  speaks; the religious, faith practices that that community has; the food preferences, the celebrations, the traditions, all of that falls under and is encapsulated in and under ethnicity

We move on to gender identity.  We know that scientifically gender identity occurs on a spectrum.  Many of us, but not all,  are trying to move from this idea of a binary because of science; (laughs) various iterations of identity on the gender spectrum; the same goes for sexual

Exhibit 3-6                                       Pl Exhibit 3-6

identity; there is a variation of sexual identities that are apart from that binary of being heterosexual or being gay;  so many shades of the way the people identify sexually Religion plays a huge part in the way we see the world; all of these things play a huge part in the way we see the world the way in which we interact with people how we react to people; whether or not we engage with people; our political beliefs also obviously very much in play in the last couple of years.  Our profession, what we do for a living;  how we make money; what our career choices  are; the access we have to certain (unintelligible). That colors the way we perceive the world.  Our level of education.  You know.  Did you graduate from high school? Did you not go to high school? My Mom did not make to high school so that affects the way that people see her the way that people respond to her; the assumptions that they make about her level of knowledge , experience and wisdom.  The languages and accents that people have. 58:38 In the United States it is not a good thing to speak another language other than English My Husband is from West Aftrica, so his language is French and a couple of tribal languages When my husband speaks with an accent, people immediately speak more slowly and use hand gestures (laughs), and that's the thing;  people may have made assumptions about what he knows about American culture and all that stuff.  But he's been here for over 20 years. So moving on:
59:51 (Powerpoint slide)
- Family structure
- Lookism/colorism/sizeism
- Food preferences
- Age
- Ability (physical/cognitive-intellectual)
- Regional background/geographical location
- Nationality
- Socioeconomic status/class
- Leisure time activities

1:00:05 Family structure: How your family exists.  Some people are from a one parent family. Some people live with their grandparents, multi-generational families. Some people have parents who are married, and some of those couples are same gender couples;  some may be transgender.  There are all sorts of ways in which we organize our families.   We know that there is no traditional family-- that was something that was pushed at us; that whole idea of a nuclear family, like a Mom and a Dad, a kid and ½ and a dog or something crazy statistic like that;  that was the nuclear family.  But we all know, we all have different kinds of families, right? Some of us, you know, have friend families, our children's families as well.
The ways in which our bodies exist ; our body image.  That is culturally and socially informed. The ways in which people, like me, as a fat woman, right? That's going to impact the way that I live, and the way that I exist.  You know if you are a short  person who identifies as a male. People are going to react to you in a certain way. You know, sizeism and colorism  along those lines as well; colorism being, you know, having different attitudes towards people  in a race who are lighter or darker.   It happens a lot in black culture (laughs) and also in Asian culture as well. A lot of times I've heard; I taught at many international boarding schools, and I would hear from my East Asian students, "oh I don't want to be in the sun because I don't want to look like a

Exhibit 3-7                              PI Exhibit 3-7

Filipino." So that is an example of colorism.  The same thing happens in the black community. "Oh I'm not going to be in the sun. I don't want to get dark." So there's that, right? We have food preferences also informed by that, that help us navigate. Age. Right? Age. Is, how old we are, how old we aren't; how young we are, how young we aren't. The reaction people have to us when they think we are a certain age they think we can't do something or assume we can do something because we are of a certain age.  The things we get hired to do or not hired to do. Age is huge. It has a huge impact in our lives, right?  Our abilities, our physical abilities; our cognitive intellectual abilities absolutely plays into how we exist, how we navigate the world, right?  Sometimes we can't see what those abilities are or are not. And so that is going to play a part in how people react to you; how they interact with you, right?  Be thinking  about things to be aware of, right?

Our regional background, where we are from?  I am a diehard New Yorker.  I see everything through a New Yorker's eyes (laughs). Sometimes not in a good way.  (laughs) but that absolutely plays into how we exist; how I exist in Montpelier. I exist as a New Yorker whose lived in the country for a very long time but, but my nationality, some people, there are people like the Hmong people out in Minnesota who  don't necessarily hold citizenship in any country. If their kids are born here in the US, they are US citizens, but some of them have come without citizenship, and that definitely influences you know what you have access to, what you don't have access to.  If you don't have a passport, you might not have access to something, or somethings.

Our socio-economic status:  how much access we have to wealth and resources. It is not necessarily the amount of money I might have in my pocket, or the amount of money I might have in my bank account. It's nothing (laughs).   It is your access to resources.   You are a college student; maybe you might be momentarily broke, but if your parents have been able, or somebody has been able to afford to pay all of your tuition without taking out a loan, that is a different situation than someone who has taken out a bunch of loans  because they didn't know what kind of forms they were filling out, or they were bamboozled (laughs)  by the private companies that the government hired to do those federal loans;  who has to do four college work study jobs, right? That affects their ability to do their work  at school.  Those are two different situations.  And that is where access to resources and access to wealth really really plays. And it plays in a lot of  different areas in our lives, many many different areas.  Our leisure time activities are related to our socio-economic status; our regional background; where we have access to do leisure;  the time that we have to do leisure; plays into a lot of these things and what we do.  There are a lot more identifiers that I have not included; these are the ones that come up most often. So now that we know each other a little better, take a couple of minutes to think about yourself; and how you actually show up in the world, identity wise, how would you do it. This is more like, if you were to introduce yourself to someone, culturally , using these identifiers.  How would you do it?

1:06:00 For example, if I were to use the cultural identifiers,  I am a black woman, I am a black latinx woman  who is cisgendered heterosexual—you don't have to share what you don't want to share—I am agnostic  I am left leaning like I said in my introduction.  I was a teacher for a long time, and now I am an entrepreneur, etcetera etcetera.  Go with as many as you want; just kind of write it down; and then we are going to do some sharing.

Exhibit 3-8

Pl Exhibit 3-8

(Several minutes for people to write down their identities.—then sharing identities with the group.  Then ten minute break.)

Glad you had time to take care of yourself.  Breathe and look away from the screen (laughs) There's lots of research on like zoom fatigue.  One of the ways is to actually look away from the screen at least twenty feet, or just turn it off and look at the sun—or don't look at the sun )laughs).  Great.  I think we are ready to move on.
Just to introduce Leanne:  she and I met while I was teaching at the Rabun Gap Nacootchie School down in Georgia. When I was there, as I said before, I was the director of equity and inclusion and I did a lot of programming and I brought in a lot of speakers in and so she was one of the speakers I brought in to share with us her pottery work; She's an incredible incredible potter and equity practitioner as well, and I will say that her  work is very reminiscent of, if you know the artwork of  Judy Chicago-- look her up; her work is really really (unintelligible), as is Leanne.  So she will interweave stories about her work into her presentation today as well.  I am just so excited. Every time I listen to her, she's  incredible; she's really smart, and, as are all my friends (laughs).  And she will be a treat to you.  (Leanne is introduced)
(Leanne Seeperman (sp.) speaking:)

Thank you thank you; I am going to share my screen really quickly (Shares screen of her painting an overhead projector, a kitchen stool, and stars  on plates.) Hello everybody.  My name is Leanne Seeperman (sp.) My pronouns are she her hers. I know earlier everybody was doing these deep sharing; the deep sharing model where you are telling about yourself and talking about identification  and how you present in society so I will just start off sharing that as myself.  So, I am a ceramic artist and a potter.  I identify as a white cisgender  heterosexual female and I am from the rural deep South (laughs nervously).  Usually talking about pronouns and these descriptors, when I go back home, you know, my particular town is different from other rural towns, but it is very much a "doo-what?", you know, when I talk about that sort of stuff.   (the video gets cut off at this point)


### Introduction to Identity and Social Justice part II
### What is happening today?
(Mirna Valerio speaking)
The stuff around Megan Markell, and how dark her son was going to be when he was born.  The scramble for the Crown to find a DEI expert. (laughs) Now? Now? (laughs) To divest themselves of centuries of  centuries of racist colonialist thinking, policies,  expansion, murder .

The capitol riots-- need I say more.  But I will. All of their organizations and entities.

In addition to,  some of our politicians are nationalist, members of white supremacist organizations.

Then of course we have the deaths of all of our brothers and sisters  Ahmaud Arbery (unintelligible), Breanna Taylor, who was sleeping, George Floyd, been following the

happenings in (unintelligible) the child, very disappointed in the things that have been said; very distressing; Rayshard Brooks in Atlanta remember the Wendy's incident, the guy was asleep in his car (unintelligible), Jacob Blake in Kenosha Wisconsin who is not dead, but is paralyzed, before then we had to deal with the murders of nine churchgoers in Charleston, South Carolina The murders of Treyvon Martin; Eric Garner, Staten Island, the very suspicious suicide of Sandra Bland ; murder of 12 year old Tamir Rice who was playing with a toy gun

Yesterday I was driving around in Barre and there was a little kid who was white playing outside with his toy gun nobody killed him because he was playing with a toy gun
(Sighs)

Murder of John Crawford, Jordan Edwards, who was in a car with his friends, blasting music at a gas station, Ranisha McBride, who knocked on someone's' door after she had been in a car accident; Tatiana Jefferson who was in her apartment playing Nintendo with her nephew and many many many more at the hands of systemic racism, overt and covert racism, all this being the result of white supremacist ideology that is in the very fabric of our society.

To top it off, according to the CDC, as we have been witnessing over the past 12 or so months, there is increasing evidence some racial and ethnic minority groups are being disproportionately affected by COVID 19 and that is connected to the inequities and the social determinants of health.  I suggest and encourage people to look those up  to see how they inform the ways in which people are treated and how those things are interrelated, and influences a wide range of life outcomes and risks.

There is a disproportionate number of black men in the criminal justice system; in fact African American men are incarcerated at *five times* (emphasis in the original) the rate of whites Remember when Leanne spoke about coming out of Jim Crow, or coming out of slavery into Jim Crow that slavery was replaced by incarceration and continues to today with the prison industrial complex

 (sigh) Black, Native American and Latina women are two times more likely to die from pregnancy related causes than white women.
5:08 I also told this story yesterday when I was having my son in the Lenox Hill Hospital in NYC, a very fancy hospital that I picked because it was fancy (laughs).  I had the privilege of doing that because I had health care.  I was treated very very poorly  by the attending physician who kept asking me to be quiet because I was in pain;  and I was making noise .  She was upset by the fact that I was, you know, in labor, making noise, because I was in pain; she asked me to be quiet; and there were other things that happened around that; so that was very distressing;  A lot of that is because there is a prevailing attitude that black women don't experience as much pain as white women do, so people don't listen to us.

6:09 And just recently there was a doctor in Vienna; a black woman who was a  plus size; had COVID, and even her colleagues didn't believe her--she was a doctor!--didn't believe  when she

said she couldn't breathe; they did not attend to her in the way they attended to other people; she died!

6:39

There are incredible inequalities in access to education which is related to redlining and housing covenants which we will talk about in a minute.  Then according to not the last U.S. Census, but the one before that,[2010?]  Black Women were paid 61% of what non-Hispanic white men were paid.  In 2018 this was significantly lower than the 82% that white  women make on the dollar,  if they make 82%.

7:10 These disadvantages and inequities are all as a direct result of systemic structural and institutional racism and bias and other isms as well.  So what I am going to do is define racism so we are all on the same page:

(power point)

Racism

**Racism** is a **pervasive** system of advantage and disadvantage based on the socially constructed category of race

- Systemic, institutional, cultural, interpersonal/individual, covert and overt microaggressions, among others
- **Individual/interpersonal racism:** Prejudice or bias at an individual level.
- **Structural racism:** System of hierarchy and inequity, characterized by white supremacy--the **preferential treatment,** privilege and power for white people at the expense of Black people and other people of color
- **Institutional racism:** Policies, laws, rules, customs put in place by social and government institutions, that advantage whites as a group and disadvantage people of color
- **Social/cultural racism:** Social norms, roles, rituals/traditions, language, music and art that reinforce the belief that white culture is superior to other cultures.
- **Cultural appropriation:** Attitudes and behaviors go beyond appreciation and and veer into appropriating the culture of marginalized groups
- **Microaggression:** Everyday verbal, nonverbal, environmental slights, snubs, or insults, which communicate *hostile, derogatory, or negative messages* to target persons based solely upon their social group membership. (Dr. Derald Wing-Sue)
  - CAN occur re all identities
- **Color-blindness/Color evasiveness: "I am color blind" or "I don't see color"**
  - Race UNEQUALLY shapes life chances, opportunities, everyday life

**Other iterations of Racism**
- **Covert/Overt Racism**
- **Collusion**
- **Internalized Racism: see Candace Owens**
- **Internalized Cominance**
- **Stereotype threat**
- **Orientalism**

7:20 Racism:  It is pervasive, meaning that it is omnipresent and in everything.  It is a pervasive system of advantage and disadvantage  based on a socially constructed category of race. It is in

a variety of forms, and here are some of them: systemic, institutional cultural, social association, interpersonal, individual, covert and overt. And covert and overt racism covers a lot of these things; covert being sort of the hidden and overt being in your face.

Talking about individual or interpersonal racism, this is direct person to person racism. Sometimes it is unintentional. Other times it is intentional. We are acting upon racist ideas and/or assumptions. For example, when I was in tenth grade, I went to boarding school in New York state, and I was one of the few kids of color there. I was in everything. I was in all singing groups. I was like president of everything, like whatever, right? This one acapella group hosted another band, actually it was a professional band, and we were serving them cakes and drinks and stuff, juice and water, it was like high school, right? And going back and forth into this faculty member's apartment kitchen. I was in the kitchen by myself preparing lemon pound cake that I made. As soon as I was by myself, the lead singer comes into the kitchen and looks at me and asks me if I was the hired help, and then snickered and walked away. Do you realize as a tenth grader, as a 15 year old at the time and I did not have the words to respond or the agency to do so but I knew it was wrong, like I knew it was wrong for him to come in and pick on me and ask me if I was the hired help. He didn't ask anybody else why they were there. An example of individual and personal racism.

9:47  Let me move on to structural racism. Very often it is confused with institutional racism; and they are really used interchangeably, but there are nuances of difference. So structural racism is a system of hierarchy and inequity primarily characterized by white supremacy.

Institutional racism. This is where the racism that is present in policies, laws, rules, norms, customs, that are put into place by organizations, social and government institutions that advantage whites as a group and disadvantage people of color. For example, as I have mentioned, the disproportionate number of black men in the criminal justice system. I encourage you to read The New Jim Crow by Michelle Alexander. She has a new forward to it that addresses not the most recent murders and events, but pretty recent stuff. For data, statistics, anecdotes, it's really hard to read in one setting because it is so heavy, but it's very very good as far as learning what this prison industrial system is all about, and who's making money off of all of it. Lots of people are making a lot of money, lots of private entities are making money off this prison industrial system. It's called free labor (laughs). Another example of institutional racism is that our property taxes pay for schools. Back in 1934 there was a thing called the Housing Act; there were many housing acts, but this particular one actually allowed the government to deny mortgage insurance to banks who wanted to give loans to people that live in these red zoned areas --areas were red, blue, green, yellow. So yellow and red zones were typically places where people of color were pushed, mostly black people, some immigrants, some Eastern European immigrants, and people from other areas were pushed into these red and yellow zones, and they were typically zones that weren't environmentally stable ; they weren't necessarily beautiful, and then other people, white people were pushed into the blue and green zones. And banks were allowed to issue mortgages to people in those areas, and so the property taxes would be used to --as a resource for schools, parks, other community resources, and the red and yellow zones--the non value, the very very low value of those homes, because people couldn't own them, they rented or leased; those property values were very low; so there were less and less resources for people that live in those communities. If you

Exhibit 3-12                          Pl Exhibit 3-12

think about the way these communities look today it is a direct line from zoning laws and redlining. And that was a government sanctioned thing. Government sanctioned racism. Moving on. We have another racism, or a couple of different racisms called social racism, cultural racism and cultural appropriation. This is where we have; where we reinforce this idea that things out of white culture they're the norm and that they are better than everybody else's culture. So, assumptions about what is good and evil, what is beauty, what is ugly, beautiful or ugly; what is normal, what is not normal; what is an acceptable perspective on time; whiteness, earliness. If you exist outside of these norms it is problematic, right? And so when you are talking about accents, is an example of social and cultural racism; people who have certain accents being treated in different ways because of their accents, and what the assumptions are about those people who speak with certain accents. I have a friend who has a deeply southern accent, and a lot of people make assumptions about her level of education; where she's from, what kind of political beliefs she might have. It's very very interesting. People who, like have Boston accents; what do people think about them; what are the assumptions about people who have very very deeply Boston accents.

15:20 So moving on, we have the idea of cultural appropriation in which we can love various cultures; we can embrace them; but then we can also cross this line in which our attitudes and behaviors go beyond appreciation to actually appropriating the cultural creations of marginalized groups. Like utilizing something like a spirit animal, right? Without acknowledging or knowing what that phrase means in its original and indigenous cultural context, wearing a bindi dot without knowing that cultural or religious context, and just thinking it's cool to have a bindi dot. Wearing feathers and stuff and not really knowing what they mean. Or something that I've experienced. Sometimes I wear my hair in a natural style; sometimes I don't. Having my natural hair being seen as unprofessional, right? There are a lot of stories coming out of the military with black women who have had to cut their hair, put relaxers in their hair or been not allowed to braid their hair because those things look unprofessional. I don't know what hair has to do with being unprofessional or not; it's the texture of my hair, but that is something that is prevalent in a lot of our work spaces. A lot of women won't go in wearing their natural hair because it will be seen as unprofessional. But then, on the other hand, you have runway models who are typically white wearing Bantu knots and cornrows, and Afro wigs, and then its considered haute couture. That is an example of cultural appropriation and cultural racism. Sort of fetishing things.

Then we have microaggressions. This was a term that was coined by Dr. Wing-Sue at Columbia; it is the everyday verbal and nonverbal environmental slights, snubs, insults whether they are intentional or unintentional,, but they communicate hostile, derogatory and negative messages to target persons, based on their group membership. You know, as a black person, as a woman, as a man, whatever. If you say "You're strong for a girl," what are you actually communicating? It is not a compliment, right? When you say to someone like me (laughs) , "You are so articulate", with that sort of surprise in your voice and in your face, what are you saying? Happened a lot when Obama was President. Biden kept saying, "Oh, he's just so articulate." As if , you know, they weren't expecting him to be articulate. My son gets it all the time, "you're so well spoken. Wow. " And these are things that happen over and over and over and over again. And people say, "well, maybe they meant..I'm sure they didn't mean..." When you are the recipient of something like that --"You are really short for a guy"--and it happens

several times over the course of the day, hundreds of times over the course of the week, thousands of times over the course of the year, it becomes a problem. It has a cumulatively negative effect on a person's psyche.  That is what a microaggression is.

Then, we have something called blindness.  We are moving into calling it color evasiveness, because that is ableist. But people still do say, "Oh, I'm color blind. I don't see color. We're all part of the human race."  Which is true, we are part of the human race, right? But when you  say "I am color blind" , when you say "I don't see color" , what you're actually doing is ignoring and overlooking the fact that race unequally shapes our lives, our opportunities, our chances,  things that we have access to.  Think about the redlining we just talked about, red zoning.  It's unfair to ignore that. And to have the privilege of not even ever having to think about it, right? And so that is what color blindness does; it perpetuates and keeps cycling racism into our lives.

There are other types of racism, you know, covert and overt, cover a lot of these.  When people think about racism, they think about overt racism, they think about the KKK, and the boogaloos and the proud boys.  That's what they are thinking about. But racism most often shows up  as covert or ingrained or structural or institutional.

We have collusion.  Collude.  They know they are being racist and they are very insidious in putting racism into everything that they do, and how they interact with people.

 There is internalized racism with people who are not white. Internalizing that racism. Candace Owens, if you have never heard of her, look her up.  I am not going to talk about her anymore. She's an idiot (laughs).

Internalized dominance where people also have this feeling of superiority and they act upon that in everything they do


Stereotype threat. Especially if you are someone who has teenagers or younger kids who are taking tests and PSAT's its very important to read up on stereotype threat.

Then there is Orientalism, a term we will talk about a little more next week when we talk about anti Asian racism, right?

There's so many more  types (laughs) of racism but I am going to stop here.  All of these reach, in very insidious ways, into our lives in everything that we do, in how we think, and how we act, who we are in our community, who we are in a community with. There is a lot to think about, right? A lot on our plates. But the more that we are able to name these things  the better we are able to disrupt, intervene,  when we are confronted with (unintelligible) situation; when we see something happening to someone else.  Now we know what is happening; now we know what is going on.  So now we can make the decision to act (Unintelligible), right?  Let's stop here. It's a lot.  Time for lunch.  Maybe head outside and  have some sunshine on your face  and then we will be back at 1:00 to kind of decompress (laughs) a little bit or processing and ask some questions, if you have any.  Thank you for being so engaged today. (no video of afternoon session)


**Whiteness and Anti Racism Day 1 part 1**

Okay.  Good morning again.  I hope everyone had an opportunity to take care of yourself this weekend and do something that you care about.  I got to ski, hike run and read which was awesome, I am sore, but for me that is par for the course as a professional athlete. And I am super super excited to be here this morning again.  As we started last Monday or Tuesday ,

whichever day you were on;  I would love to check in with everybody again.  How are you feeling in your mind, body ; remember that this is a tool that we use to check in with ourselves, on ourselves because as [unintelligible] says, this work can be exhausting .  I know I was exhausted after two days; I can't even move.  But its exhausting, its emotional  and you know a lot of times our emotions manifest themselves physically physiologically.  To give a concrete example for me I had a very exciting week last week; It was announced I was appointed as an ambassador for a very large company, a very large athletic company and I got a lot of fat phobic commentary.  And I know when I read this stuff, my heart rate goes up and I start, not hyperventilating, but I start breathing really quickly, because it is very hurtful and traumatic to read and hear that commentary and so like I had to step away from my phone, my computer for a little while to take care of myself; and actually went outside to take care of myself .  So do what you need to do to take care of yourself if you need to go off screen for a couple of minutes, that is absolutely an option; if you need to kind of look away from the screen; do whatever you need to do to take a break; that is always an option as we continue to dig deeper into our identities and the issues around them, okay?  So, thank you, thank you for that, so if you would be so kind as to share in the chat how you're doing I am hoping everybody has a sun today.  I have sun; it feels so good. ( (reading  chat comments)
"Allergies" .  Yeah my favorite;  "exhausted" "appreciative of having opportunities like this" "doing well. Practicing last week's training"  Yes.   "permission to be off screen" Yes.   Please please.

We are what, 12-13 months into this please take care of yourselves.  …I can't read all of them. Thank you so much for sharing.  It is such an important part of this work to practice vulnerability and share  whether it's in writing or it's verbal  whatever ways you are comfortable sharing, that is great.  I also –a note about last week's training and also about this week's training, if I call on you (laughs) never feel obligated to share, if you are feeling some discomfort; and so what I am going to do, if you want to share; if you are a person who doesn't mind getting called on; please put your name in the chat…I got some feedback last week, and it is always hard to get feedback, because this work is important to me,  so, to practice what I preach (laughs) I apologize if I made anybody feel uncomfortable and so we are going to do it that way; you can always when we do a group share, you can decline….or unmute yourself and start talking.
This is slightly different from last week's workshop, we are going to spend a lot of time in our breakout groups, telling our stories; our narratives are a very very important part of taking the concepts; the vocabulary and practicing them and relating to our own lives.  We can have all the information, all the specifics, all the data, we actually have a data person here today, but we also need to say  those anecdotes to see how those things are reflective in our own lives.
7:34 (Power point slide)
**Agenda**
- **Community guidelines for engagement**
- **Reflection**
- **Anti-Asian Racism**
- **Speaker: Carolyn Su**
- **Whiteness as a construct**
- **Racial Identity Discovery (breakout)**
- **Anti-racism, a trajectory**

Exhibit 3-15                    PI Exhibit 3-15

- **Strategies**

So here is our agenda for today.  We are going to quickly review our rules of engagement.
Very very important to you to have that constant reminder on how we have agreed to behave
and engage with each other.  We'll have a reflection;  or, you know, talk about some take aways
from last week's trainings; then we are going to talk about anti-Asian racism, and I am going to
warn you it is not comprehensive at all but we will talk about that  a little more later.  Then we
will have a speaker one of my friends Carolyn Su, who the founder of Diversity Run organization
who is celebrating and advocating for inclusion in athletics.  She will you tell her story as an
Asian American  and a person doing the work, and as we said, the work of social justice,
particularly in the context of the increase, the marked increase in anti-Asian sentiment, anti-
Asian racism that the Asian, the AAPI community is experiencing right now , and if you don't
know what AAPI stands for it is Asian American Pacific Islander community.

We will talk about whiteness as a construct .  We will hear from another friend of mine, Dr.
Brooke Robert-Shaw who is the institutional research analyst at Ohio Wesleyan University and
she will tell you her own story of her own racial identity awakening and development and how
that manifests in her life and in her work.  We will then  do some breakout groups, and this will
be a longer one and speaking of our own racial identities.  And then, we will go into anti-racism,
what a trajectory for that looks like.  And then the final part of this day will be on strategies,  or
bringing anti-racism work into your life.
Okay. Cool. That is our agenda. And we will quickly review our community guidelines

(Power point slide:  Community Guidelines for Engagement—same slide as shown earlier)

I won't read all of them, but always feel free to screen shot.  We did really well.  No one argued
for argument's sake last week;  that was really great.  I know that is the way some people
process things, but it really does hamper our work.  You need to be fully present when you are
listening; don't listen just to respond; tell your own stories, relate your own experience.  I did not
talk about centering ourselves last week and what that means is  that when someone else is
expressing something, or telling us about a situation that involves them, it's very very important
for us not to sort of jump on that and talk about our own experiences without listening and
without acknowledging their experiences , their lived experiences.  It's very important to do that
in this work, so we are going to practice not centering ourselves. You know, its uncomfortable
work, lean into the discomfort, as always;  I want to make sure we are validating  everyone's
[unintelligible]. Beware of our body language;  conflicts will happen. It's par for the course; and
sometimes that conflict will not be resolved,  a lot of times that is where the learning happens.  I
want us to, if we are able to be very very crisp, very concise about what we are trying to
express;  to practice that;  it's not always the case, it's not always the case with me, but getting
to the point is another important part of this work; getting all the extra stuff out of the way.
People will be  [unintelligible], they will be honest, they will be vulnerable; Lets respect that, lets
acknowledge that, and lets not tell…others…stories without their permission.  Remember that
our intent  is very different from the impact  of our actions.  I know that personally (laughs). So,

please make sure that we are  (vide cut out)  Hello.  Hello. Give me one second.  What was the last thing you heard?  Ok We're good. We're good.  Sorry about that.

So, heading into the work today, we are going to do our first reflections. This is going to be a one minute paper or a two minute paper.

(power point slide)

**REFLECTION**

**How does having knowledge of various identities allow you to understand others perspectives and experiences more fully?**

(Reads the power point slide)  To give you an example, I have a friend,  I have many friends actually, who is part of the transgender community, and the more time I spend around that community  the more my eyes are open to the issues they face.  To their joys. To their  traumas. To the ways in which they are oppressed.   And then I have to check myself all the time to make sure I am not misgendering people inadvertently or on purpose.  And so it's constant work  to open my eyes and my heart to members of that community.  Not that I don't love trans-people already, but it's, you know,   because it's the way that I was socialized is very different than the way I live right now, but it still has an effect on how I see the world, right? So that is one example.  I have many, but I want you think about how this manifests itself in your own life with regard to other people's identities. I will give you a minute or two to get some thoughts together. (Silence for a minute or two) This was actually meant to be a breakout, but  we will have longer breakouts for our other questions, so this is just like a reflection, a way of sort of gathering together some major takeaways from last  week.  And so if you are ready and willing to kind of jot a couple of words in the chat, that would be great.  And if you are willing to share to the whole group, just put your name in the chat as well.  I will read, and we will share.  (waiting for response). (Reads responses   "I can say I know where you are coming from"  from Dan.  "for how something is seen, understood, interacted with"   "opens me up to new ideas" "makes me uncomfortable" Thank you Allyssa. And Eric we will hear from you in a sec. "I don't really know a lot, and I've learned to listen; not to assume, and to ask polite questions when  appropriate".  That's, and I will say that is very hard to; sometimes we don't know when it is polite, or when it is appropriate to ask  questions, but that's where that vulnerability  comes in, but it's also  the knowledge that the person may or may not want to answer those questions, and sometimes that we have to be okay with.  I have definitely been in situations where I have asked the question, and they perceive it as a very personal question, and I have to back off so it's something that is still in practice.

" Not so much knowledge as an awareness of the historical legacy of those identities makes me more compassionate"  We will talk about historical legacy in a little bit.  Thank you John for that. Thank you Amanda, before, for that; "It gives us a better understanding that no one's experiences are the same." Thank you Amanda.   "Context. Why someone's experience of the same thing is different than mine."  So incredibly important " Experience both informs and is informed by identity; identity is filtered by experience but also creates the filter with which we touch the world and others."  We need that on a T-shirt.    Okay, so (laughs) Brian you might want to trademark that. Okay, so Eric, would you be willing to share   Brian: "I would. good morning. One thing that really struck me last week is the cumulative weight of micro aggressions.  The weight that there is that groups carry with then, that are not even in our

Exhibit 3-17                                        PL Exhibit 3-17

awareness because we don't experience it, so for me this reflection is about trying to understand that experience. " Hm. (pause). Thank you so much for that. The cumulative weight of micro aggressions. Thank you. "I watched some of the resources that were emailed, and one of the Brave Little State podcasts the one of the that described so tired of having to explain their perspective of a BIPOC." BIPOC by the way is Black Indigenous People of Color which is a term that for me personally is not as inclusive as it wants to be and some people have had issue with it, so it is not necessarily a term that I use, but it is a term that a lot of people do use. "That really hit home. I could relate to that frustration. Nice to see other experiences similar to mine." "Having knowledge of various identities gives us a snippet of what might be going on for someone." "Getting to know an individual helps us to get a full picture." "Ongoing conversations [unintelligible] …So many other comments. This is really great. One more. " have a greater respect and can understand about how someone is showing up to their day." How they are showing up to their day, what they are carrying. What they value. Thank you. Whew! Thank you. Thank you for sharing those, those thoughts and those reflections. So, we are going to move on. To talking a little bit about anti Asian racism and bias as a continuation of the workshop last week. (chuckles) So, they say racism reaches its tentacles in all areas of our lives, right? From our interpersonal and individual relationships all the way to like things we experience systemically, institutionally. To the things, the experiences the *identities* that we have access to and not; have access to and not. Think about what that means. So this includes immigration; this includes the ability to enter our country or not; it includes being perceived as a member of this society or not, even if you were born here. Or even if you and say members of the community were formerly embraced as laborers to build the infrastructure of this country. So this brings us to the subject of anti asian racism and bias. Before we get into it, this is very inadequate, (laughs) very inadequate coverage of one of *the* biggest ways that White supremacist ideology infiltrates every nook and cranny of our society and culture. So I want to you to take this as an invitation to do some individual study, reading, watching of a documentary. There's a great one put on by PBS called the Asian Americans. Please do some more study to achieve a deeper understanding of the historical and current contexts of anti Asian racism and bias. Here's a short timeline:
   (Powerpoint slide)

**Anti-Asian Racism and Bias**
- Chinese Exclusion Act of 1882
- Japanese Internment Camps
- The "China Virus" or the "Wuhan Virus"
- Atlanta Massacre
- Former Governor of Arkansas

In 1882 there was the Chinese Exclusion Act that prohibited immigrants from coming to this country, after many of them worked for the railroads that was very very important to our country's infrastructure.

That was 1882.
Moving ahead to the 1900's:

48 hours after the Pearl Harbor attack, in Dec 1941,  our government began to round up Japanese Americans in response.  Shortly after this began a naval intelligence officer who warned, who warned, that Japanese and Japanese Americans were being perceived as a threat because of their physical appearances, their physical appearances.  Does that ring a bell? (laughs).  General John Dewitt, the Army General in command of the West Coast.  That's where this was happening for the most part.  The *Army General* says a Jap's a Jap.  They are dangerous elements, whether loyal or not.  Remember that.  Race is a social concept made up by people, made up by white people, this is a hierarchy based on skin color and physical characteristics that really has nothing to do with biology.

Over a year ago, the former President of the US began referring to the Corona virus as the China virus or the Wuhan virus

On March 16 of this year, two weeks ago,  6 people of Asian descent were murdered, among the eight murdered  In a mass shooting by a man who claimed his actions were not racially motivated, but as a result of sex addiction and frustration, and that narrative kept being pushed by the media.  He was having a bad day.

Three days ago, the former Governor of Arkansas, Mike Huckabee,  said the following on Twitter.  You know social media can be great, but can be awful in spreading racism.  He said, in response to major league baseball, withdrawing the major league all-star game in response to the new voting restrictions in Georgia "I have decided to identify as Chinese.  Coke will like me Delta will agree with my values, and I will probably get shoes from Nike and tickets to MLB games.  Ain't America great."  So although it may seem like this perception of Asian and Asian Americans Pacific Islanders is fairly new, it isn't obviously, its rooted in a deep distrust that Asian and worried that they and others may destroy the ways of America.  Unfounded bias.  Dr. Edward Said, who coined the term Orientalism said it best.   Orientalism is this idea that the people, cultures  and  religions and nations of Arabia and Asia are seen as inferior to the West, and are perpetual danger to the Western world order.  This logic is manifested itself in anti-immigrant rhetoric and politics that target immigrants of color as foreign threats regardless of how long they have lived here.  They are perceived to be a danger to the United States way of 30:04 life.  So our reactions to the AAPI community is deeply deeply rooted in this idea that they are dangerous to our way of life.  So when you think about this anti-immigrant rhetoric where is that coming from, its coming from this.

So my friend Carolyn Su is here.  We actually met on a running retreat (laughs).  We didn't know we both were university practitioners and doing this work professionally and so we struck up a conversation, and I immediately knew I had to have her speak. It was hard for me to reach out to her, because I didn't want to further traumatize her as a member of the AAPI community in light of this increased anti Asian sentiment that we have been experiencing.  But she thankfully agreed to do it after some thought and I really really appreciate her willingness to share her life with us.  So, Carolyn:

(Carolyn Su speaking):

Hello everyone.  My name is Carolyn Su, and I am the creator of the Instagram platform Diversity Run and that is where I write weekly features of Black Indigenous and runners of color. I do that.  I tell our stories in order to advocate for racial representation, equity and  inclusion in the running community. And really in the community and world at large.  Diversity run has been featured on Runners World, Outside Magazine, Women's Health magazine, and I have also

talked about advocacy in the Boston Globe.  I have spoken at different leadership summits about the intersection of race, representation and safety, and I am currently a Runners World Safety alliance ambassador.  So it's kind of about me in a little bit of a nutshell and as Mirna has said we met at a running retreat last fall in this New England area.  My family and I are currently based in the Boston Massachusetts area, so I think pretty close to where everyone else here is.  But I was actually born and raised in eastern Texas, so I am first generation Taiwanese American.  My parents immigrated to the States in the 1970's and they came over as grad students.  They didn't know each other but they met  at Kansas State University as grad students.  Then later in the 1980's that's where my sister and I were born.  So we were born in Houston Texas  like I said, and really I grew up in elementary school years, I grew up in a very diverse, culturally and socio-economically diverse  neighborhood. The majority of my friends were Black, Hispanic, Vietnamese, Filipino, and this was my world.  I knew it.  And really the one distinct time that I remember race being brought up was second grade, seven years old, one of my teachers, who was white, she called a Black classmate by a racial slur.  She didn't do it publicly, like in front of the class  but she was talking with another teacher  It was basically like, "well who cares, because they are beep beep beep beep."  And she was reported to the principal, and basically slapped on the wrist, and went back to the class and everything continued on, and the only reason I knew it was a bad thing was that I saw the reaction of my friend, my Black classmate, and I knew then  looking at her facial expression that that was wrong, and the fact that this teacher got sent to the principal, but again there were really no other consequences from that.  So that was basically that was the one introduction to race as an elementary school kid, and my parents being immigrants from Taiwan, they were very involved in the Taiwanese, Chinese immigrant community in the Houston area.  They really, because they understood the sacrifice and the hardship of trying to learn, not just establish a new life, but learn a new culture and way of living, they really believed in helping and serving their community.  So for the most part, every weekend my family and I were at the Chinese cultural center; there were ESL classes, or classes how to file your tax report, just different kinds of resources like that and that my parents were really involved in, and all kinds of cultural education classes where my sister and I learned about Mandarin and we learned Chinese calligraphy and different cultural traditions and cultural celebrations. So up until I was about ten, I had a very positive world view and perspective on my identity as a person, in general and I also did not separate my race from who I was.  It wasn't until we moved and I was about to start middle school  my parents wanted me to attend a quote unquote better middle school and high school education system, and so that was we moved to a suburb in Houston that was predominately white and therefore very homogenous in that way.  So that was when I started to learn  the narrative and understanding that my identity as an Asian American was really not so good of a thing. So, in sixth grade, a white female classmate said that my black hair was gross, so nobody in class, not even the teacher, said anything to correct her and that made me feel ashamed of how I looked. That classmate in particular, she was blonde, she was well known to have already started modeling for different commercial ads and photo shoots. So that taught me as a sixth grader is that me having black hair, and looking the way I did that was undesirable whereas her being fair skinned and blonde, that was desirable. Oh yeah, also during that time during lunch the only lunch table being available for me to sit at at this new school and new neighborhood was down at the table from this group of white boys who thought it would be

really funny to joke about how they liked to beat up on Asian girls. Later I found out that the leader of this group was a boy who lived four houses down the street from my house, so every day I would have to pass by his house and that made me feel afraid. Then in seventh grade a group of white parents from the entire school district approached the city council because they wanted to limit the amount of Asian families who moved into the neighborhood because they felt like the Asian kids were [unintelligible] the grade curve for their kids. And that also made me feel afraid but also that showed me that it didn't matter how hard you worked because Asian families were being demonized for essentially working hard and doing what I thought was supposed to be a good thing, studying hard and achieving good grades. And that also created a sense of uncertainty. And then in ninth grade, I learned my best friend, her father's business partner went behind his back, and essentially stole his company from him, and took advantage of the fact English was not his first language, and he did not have the social capital, social connections that his business partner did, and so despite being a brilliant chemical engineer, and despite the fact that he and his business partner had built this company up, all of that got taken away because he wasn't a part of like the closed door boys club. And that taught me that our hard work can be taken from us. That there is no justice or consequence that can happen from that. Then in tenth grade, the vice principal of my high school mistook me for another Asian American female student at the school, and like grabbed me in the middle of the hall while I was going to class and dragged me to the principal's office because I had committed some kind of –broken some rule, or did some misdemeanor. And it wasn't until we got to the principals' office and I showed my student ID that they realized they had the wrong student and then I was allowed to go back to class. That taught me that authorities, even authorities of our school saw me not me as a person but just as part of a faceless mask. And it wasn't like I went to a small school, my graduating class was just under 700 people. So this was like a well - established school and school district that this happened in. Then in 11th grade was when I got my first ticket. I was driving to school and a yellow Mustang pulled out from the street, from the intersection, and cut me off and then I was trying to slow down, but before we turned the corner, an officer was there, and he stopped both of us. And I watched as the officer approached the driver and the driver's friend in front of me, and they laughed, they chummed it up, and then the officer waved goodbye as they drove off. And then the officer walked up to me, and apparently the driver told the police officer that I had been tailing, tailgating the whole time, so the officer told me that wasn't safe to do, and wrote me a ticket , even though I said that that was not what I was doing, and in fact that acar had cut me off out of nowhere and I was trying to slow down, but taught me that law enforcement authorities do not value my word, and that the word of a white student, a white man, was more believable and more credible than mine. Throughout high school there are many stories of Asian peers, classmates or mine being bullied or beat up, or even have guns pulled on us after school. We were being blamed for things we were not a part of. That is just the first 18 years of my life as a high school student, and you know those are the interactions that establish to me the perception of my identity as an Asian American person, that there is no safety, that who I am is less than, and inferior, and no matter how hard I work, not matter how quiet I am , how much we try to blend in, whenever its inconvenient for the white community at large we can easily have our work taken from us, and we can be easily blamed. This all goes into adulthood. I was a dietician at a large hospital in Austin, Texas, and I was constantly getting mixed up with another Asian American hospital worker there. There

have been numerous times when I when I was out running, police officers would reprimand me for things like jay walking for example, if I happened to cross the street without a crosswalk, I mean without the pedestrian light being green or something. The streets would be empty. But when my white blonde friend would catch up, she would just get a wave and a good morning. I have so many moments of watching my parents or grandparents, or aunties and uncles, get spoken down to, get treated with condescension or impatience, or talked to like they were stupid. Simply because they were not able to translate into English fast enough or simply because they spoke with an accent. All of that leading up to by the time I had kids, about ten years ago, I am 37 now, so all of these things accumulate. For me it wasn't until I witnessed my own kids experiencing the same type of generalization and discrimination that I realized I need to, we cannot [unintelligible] this pattern, despite the fact that I was born here, I am technically American in that sense, and so are my children but yet in preschool, my daughter was one of two Asian American kids, the school nurse kept getting her mixed up with the other Asian girl in her preschool grade. Which is dangerous when it comes to help because my daughter has allergies. This in and of itself is not going to be safe if the nurse is going to get her mixed up with another student. Then later when my son was a kindergartner, he came home and randomly said he didn't like the way he looked, and I asked him why, and he said there was another student in class who said he looked "too Chinese". I don't even know what that is supposed to mean, but somehow he as a kindergartener, my son already felt and knew that was a negative thing, and he didn't want that. So leading up to 2019 in November December, when my family and I had already been hearing from relatives in Taiwan and in China about this virus that was going around. And my mother in law, my mom, were all telling us that we need to start to wearing masks. My husband and I immediately said No, we didn't want to be wearing masks. And it wasn't because we didn't believe in the validity or the danger of this virus, but it was because we knew that as soon as we put on masks, that would be a target for us. We would be putting on targets.

51:00 We just didn't want to do that. But of course you know as things got more serious here stateside, in March even before everything officially closed, there was that outbreak that started here in Boston after this one conference, my husband said I am going to work from home, and we are keeping my kids home from school; because he did not want to be that one Asian guy at work that could be blamed from bringing the virus into his workplace. And it was kind of like a default way of operating, because of all these years of accumulated messaging from our society that this is what we need to do; and sure enough within that week everything started to close and we had to have talks with our kids, to let them know that during this pandemic everybody feels nervous and feels scared, and sometimes people they don't know who to express their feelings of being scared and so they will take it out on other people even if it is unfair. And so sometimes people might say angry things or yell at you because they might think that just because the virus came from China and we look Chinese—well, we are of Chinese descent—that they might say that it is your fault; that it's our fault, but it's not. And if you feel afraid, you can always talk to me, talk to Baba, but just know that this what we need to prepare for, you know. Those are the conversations every time we go outside for a walk as a family; I am constantly on guard; anytime a car is approaching and slows down, I am already bracing myself. Is someone going to shout something; is someone going to throw something at us. Are we going to have to, you know, have more conversations with our kids on safety and

awareness, and there have been times when we have been yelled at.  Fortunately for my kids, they don't necessarily register, haven't registered those moments.  But this is the kind of emotional weight that we carry with us.  And so, two weeks ago, when the shootings happened in Atlanta,  and even before that, a month, a month and ½ ago, the Lunar New Year, when there was another resurgence of crimes against Asian elderly in California and New York.  Were those things a surprise? No.  they are not. Because this is how existing as an Asian person in America. This is the reality, right?  But at the same time, am I going to  think that this is acceptable?  No. And so I think  in terms of application, what can you do, right? As a non-Asian person? One is to accept and believe that this is the reality of Asian and Asian Americans here, right?  So that way at least  I don't have to feel like I have to prove that there is discrimination, that exists.  But, anyway, aside from accepting and believing racism against Asian people exists right now, also it's to act, whether it is to intervene  when you clearly see something racist being said or perpetuated, but also checking or speaking up and publicly acknowledging that there is Orientalism; you know, that this mindset exists, and denouncing it and saying that its not OK. And really the third thing is to learn. To learn about our nation's history and not this history that is centered on white Americans, but the really the  history of the different people groups that exist here. And like Mirna said earlier, there is an excellent five part PBS documentary series called Asian Americans. And now they are offering it for free  streaming from their website. Each episode is about an hour long.  And it covers from the early 1800's when Chinese people were brought over to build the transcontinental railroad all the way through civil rights through now. And that gives a very basic level of  understanding of how Asian Americans really are American and a very integral part of building up our nation and our country.  So there is that documentary, of course, or if you like reading books, there is an excellent book called "Last Boat Out of Shanghai" that really ties in all world history events, more or less centering around World War II, and then the Chinese Communist cultural revolution, and how that very much influences, impacts our very current present life  today, and politics today as well.  That's The Last Boat Out of Shanghai, by Helen Zia.  There's also another book called "Minor Feelings: An Asian American Reckoning ", by Cathy Park Hong.  Any book by an Asian American author.  There are many.  I can plug my diversityrunbookshop.org.  [transcriber's note: I cannot find this on the web]  There are books available there.  But really just learning and making, building relationships; getting to know people from other cultures and backgrounds.  I think that is going to be key to us making better change moving forward  so that we are not just repeating history and ignorantly perpetuating  the same cycles.  Thank you for letting me come and share my experience as far as an Asian American woman.

**Mirna Valerio**: Thank you so much, Carolyn.  Wow, that was hard to listen to, and um, wow, I'm speechless. I am rarely speechless.  But it is so important to hear each other's stories, as hard as they are to listen to, as hard as it is to sort of examine ourselves, and  remember the times if we have excluded people; if we have seen or perceived people as not being part of our community because of the way they look or the culture that they inhabit.  It's very very hard; but very necessary.  There are a couple of things—I take a lot of notes—the idea of limiting the amount of Asian families in a community; limiting the amount of Asian families that live  in a community—is horrific. Because of, again, some perceived difference in the ways in which people imagine that they might skew grades.  That is idiotic.  That's a fact.  That is not a matter of opinion.  Limiting them to specifically prop up white opportunities that we are not earning.

Yes.  Thank you for that.   The uncertainty,  The feeling of not belonging.  This is all the work of white supremacist ideology. The social capital.  We are going to get into that when we talk about class and classism.  We will get into what that means and what it entails.  Getting mistaken for other Asian American students.  You know, there is an article in the Times about there being a neurological thing to see someone—an Asian person, or a Black person— or someone who is not part of the White community—confusing them with another person.  I will look up that article and share it;  [unintelligible] psychological  and they  called it a blindness, a socialized blindness to other people.  I will get that and all of the correct  terminology for you when I send all the final stuff through.  Law enforcement.  Not valuing your word.  Other people in general not valuing your word.  Being reprimanded for Jaywalking.  You know my story about  having the police called on my own street as I was running because I looked like I didn't belong.  It's the same sort of thing.   The  condescension, the impatience, when someone has an accent  or someone doesn't speak English fluently, or maybe they forget a couple of words;  that actually; there's a name for that;  it's called linguisism, linguisism.   That is the prejudice based on language; there is racial and language profiling. When you have to talk to your kids, it reminds me of the talks I've had to have, and continue to have to have with my own son.  How he has to behave; how he has to react; what it means.  And I love your action points. Accept and believe the lived experiences of people  when they tell you something; when someone says something   is a racism, it is.  People of color do not go around and picking  and choosing the racism.  They happen all the time.   Those microaggressions. Those macroagressions.  That institutional, structural, systemic, cultural racism.  We don't go around picking the race card out. (laughs) And, because it is their experience.  Accept and believe. Act.  Intervene, Use your influence. Use your privileges when you can.  Checking in on people.  Speaking up. Speaking out. In public.  Knowing the history. Learning.  All very very important.  And you gave us a list of  great resources.   I am actually—I am going to dig into your stuff (laughs).  So wonderful to have you today. I love you. I think you're great.  I will see you tomorrow. (laughs)—for another group. Thank you.   Thank you so much for sharing yourself with us today.

**Carolyn:** Thank you for having me.

**Mirna:** Bye, bye Carolyn. Oh, wow. Whew.  Everyone take a breath.  Actually we are going to take a breath for five minutes.  (laughs) .

Participant:  I wanted to ask how we can contact her to thank her.   (Mirna responds with contact information on Instagram, and promises to get the audience "all of her stuff".)

 All right.  Thank  you everybody.  And if you want to reflect on what she said while you are breaking, or not, just kind of zone out, look away from the computer, or your phone, that would be great.  So I will see you in five minutes.   Thank you everybody.  (video ends)


**Whiteness and Anti-racism Day 1 part 2**


M. Brook Robertshaw is speaking

I have a presentation I am putting together, so can you all see my slide;  this is the first time I have done this.  I have fifteen minutes. My name is Brook Robertshaw (gives her background)
(Slide Show)
(First Slide)
**Finding my voice**

A quant explores breaking down white colonial power structures
(Second Slide)
(Picture of Robertshaw with list of her identities):
- White
- Colonial American
- Documented
- Fat Athlete
- Lives with PTSD
- Cisgender
- Academic Class
- Episcopalian

(Slide also describes the "native nations" which occupied the land where she was born. )
1:30 I am going to talk about a couple of things one thing I am going to be talking about is my path to becoming an ally. Then I am going to talk to you about some numbers, and that I am a social scientist that understands that numbers are biased…I am a second generation PhD; a second generation academic.  I was born and raised in the South (describes slide showing her scrapbook as a child) (continues her life story)
"I have been an activist my entire life. "  (describes her friends—continues her life history)

5:15: One of the aha moments I've had; one of the big moments I've had is going out to lunch with a  colleague, and she is a Black woman, and she let me unpack all the crap that I had coming from discussions of anti-racism with white liberals.  And I am really lucky, and I have reached out to her—Latisha—and thanked her several times.  And then recently the things that come to my mind are my friend  Nola [?], who is the director of diversity or diversity coordinator or something like that  where the University of Oregon is, um Eugene.  And Nola and I had gotten together and we were talking her kids and I am single and I don't have kids, but I have friends with kids, and I was telling her about hanging out with my friend Ellen, and Ellen's daughter ; and Ellen's daughter and Nola's daughter are about the same age; and Ellen's daughter is just rude to me (describes rudeness), and the first thing Nola asks me is Nola and her daughter white? And I said yes.  Nola is a Black woman and she is raising a Black daughter, and she said,  White kids can get away with that; but Lovely, her daughter, cannot. And so that was like Whoa, that was like, have this insight.
6:56 A couple of months later, Nola and Lovely and I—that's her name, and she is really lovely-- went to see a volleyball game at the University of Oregon and afterwards Lovely wanted to get something from the store [unintelligible], and her mother said, I will stay out here, and you hold up what you want, and I will let you know. The store front was all glass.  And Lovely looked at her and said well, if I hold it up, they are going to think I am stealing it.  And if you are White, that is just not an experience I've had with other friends.  My friend Genelle (sp.) has six children.  And then the last experience I'll share, and then I want to talk—and I am keeping time—about numbers.  My friend Melanie is wearing a [unintelligible] jacket, and I actually have a talk that she did. So Melanie is a full professor  of psychology at Utah State University. She told about a couple of times when she was walking in *her* neighborhood, she was speaking Spanish to her daughter  or she was speaking Spanish on the phone. So Melanie is Puerto Rican. And the only reason I am sharing the racial identity  of these amazing women with you is

it's about context. She said "I am speaking Spanish to my daughter, and someone comes up to me and says if you are looking for work, I know somebody who is looking for somebody. And they did not mean if you are looking to teach a class in psychology or if you are looking to mentor little baby counselors; no that is not what they meant. They meant if you are looking for work as a maid. The second time she wasn't with her daughter, so she let them know. Like these are these Aha moments. Aha moments can come from just listening to people who trust me with their stories. So, yeah, that's my path, and it's much more big and complex, but I urge you to listen. Don't be like me, I mean I talk a lot. Just listen to people. And so I want to tell you about numbers. I love numbers; numbers make sense to me; people don't make sense to me. (continues in this theme) (She continues to talk about numbers created with a context; that they are based on people's biases.) Example:

18:43: (Valerio begins speaking) Wow. Oh, Brooke, Always Always Always. So thought provoking and mind blowing. And by the way when Brooke says she will educate you on the notion of the [unintelligible] size, I have actually had [unintelligible]....because I need to learn more about this aspect, because I had read the book that you had...[Brooke interrupts] yeah another one as well as on the skewed ways in which we collect data. You can do a Google serach on anything. All of that stuff is skewed. None of it is equitable (laughs), or not biased. Because the people that create these algorithms are people. (Brooke speaks) Our algorithms are created by people who are from a racist society; therefore our algorithms are racist— garbage in, garbage out.

(Valerio speaks) 19:59 Whoo! And also I have been doing a lot of studying because of all of the newer voter restrictions laws that are coming up. I have been studying gerrymandering and census and how gerrymandering really affects census in the way in which our local government receives federal funding and that is also a huge part of this; So much here; the numbers of biased (laughs) as she said, but please please contact Brooke if you would like to learn more about this. It's very very important, especially in the world that we live in; especially the work that we do. The other thing that I am going to say that is very important to repeat, or maybe the penultimate thing is that ask the people that you are serving, you know, right, their experiences matter. This is why I do so much story telling and I have people do story telling; you can hear it from the source. Data can tell us only so much. It tells us a lot, and that's good in a way, but also go to the source. (Brooke speaks—difficult to hear)

(Valerio speaks again) Yeah, it takes a lot of time; it takes a lot of study; it takes a lot of self examination; and also examination of the practices that we have as organizations that we have as private companies, as social groups, as communities, very very important . And Brooke, (asked her to put the power point on the website, and Brook agrees) …The last thing, I brought my book by Sabrina Springs, the intellectual that you were mentioning—"Fearing the Black Body"- and I just wanted to read how this thinking infiltrates the whole idea of the BMI and all of the other; just an example of how these things are skewed, one of the quotes that she in her introduction—that I have a whole bunch of notes on--. "Not only does stoutness supposedly sabotage the nation's aesthetic identity, it also evokes the poor eating habits and immorality of the elite. Worse still, extreme or gross corpulence—fatness-- slides into an association with primitive Africans. Stoutness, corpulence and surplusage of flesh are never desirable except among African savages." And that is when she is expounding a little bit around the idea behind the [unintelligible] And when you think about how BMI is utilized today; definitely marginalizes

people who are stout (laughs) or corpulent. And, you know, and, is racist. Yeah. Right. So, Yeah, whew. I don't want to get into any more of that. (yeah)   (Brooke talks, mostly not intelligible)   (five minute break)

31:25 (Valerio is back speaking).   Welcome back everyone. Hello Hello.  Whew.  I hope you had a good break. Not very long, but we need to sort of take care of ourselves.  Right?  Practicing taking care of ourselves.  So if you have any reactions, any thoughts on Dr. Robertshaw's presentation that is welcome in the chat.  If you would like to do that.  (Pause) (reading chat) "All of the speakers are so incredibly wonderful, and I appreciate each of them and their willingness to share."  Yes, there is a whole set of books on skewed statistics, and the people making algorithms and creating things like Google, you know all of them live in this society, right?  "I am also going to ask  Brooke to recreate the presentation because she does a great job at it."  Yes, thank you.

I am going to move on to the last thing, the penultimate thing: The path to being anti-racist
Anti-racism:  is part of achieving social justice with regard to racial identities
32:15 (Powerpoint slide)

## The Path to being an Antiracist

**Anti-racism:  is a part of achieving social justice with regard to racial identities.**

- **POWER WITH vs POWER OVER**
- **Active process** of identifying/dismantling/eliminating racism by
  - Changing systems, organizational structures, policies and practices and attitudes
  - Power is redistributed and shared equitably

(Valerio speaking) Okay.  That's great information.  It's a great place to start learning about data science, and how non-equitable it is.  But knowing about it, knowing it; when you know better, you do better.  That's the whole point; we can encourage, we can root out the people who aren't doing better-- by  us.  We can change  things in our organization by paying attention. Anti-racism.

33:00 I think we need to define it, because a lot of people think that anti-racism just means "I am not a racist" Lots of people say "I am not a racist.  I don't have a racist bone in my body" that is a red flag by the way. When people say "I don't have a racist bone in my body", we all live in this society that was built upon the premises of white supremacist ideology.  So when anyone says that-- that is--we all in this society that was built upon the premise of white supremacist ideology, so whenever anyone says that it is always always always a red flag.  So to define it, what it really is; anti-racism means achieving social justice with regard to racial identities.  So, as in social justice work,  It is always the goal to encourage power with instead of power over . It is the active process; the work never ends; it is the active process of identifying and eliminating racism by changing our systems, our organizational structures, our policies and practices and attitudes so that this power is redistributed and shared equitably, right? Anti-racism is probably in our lifetimes work that is not going to be done; it is not going to be finished because undoing structural, institutional, cultural individual and interpersonal racism is ongoing work.
34:35: So there is a psychologist, and her name is Dr. Janet Holt, and she developed this matrix of white racial identity development:

(Powerpoint Slide)
White Racial Identity Development Theory
1. Contact: Color-blindness
2. Disintegration: guilt/shame
3. Reintegration: Blame the victim
4. Pseudo independence: Acknowledge privilege but doesn't do the work
5. Immersion/emersion: Works actively to dismantle racism, keeps learning and doing
6. Independence/Autonomy

(Valerio speaking ) Also there are other models of racial identity theory; there are models for biracial people; models for people of color, for people in the AAIP community created by both psychologists and sociologists. And this is just one of them; we are going to use as a way of exploring how we might see ourselves, how we might fit; how we might exist on the spectrum On this model there are six stages (referring to the power point list above)
The first stage we have contact; Many people in this stage appear to be color blind or color evasiveness : the purpose that people say that they are color blind, have this sort of color evasion is that they don't want to appear racist; that's the reason people say "oh I don't see color" and this perpetuates racism because of the refusal to acknowledge the lived experience of people of color, and that race does play a huge part in systemic, institutional, individual, interpersonal advantage and disadvantage. You don't see it; you don't seek to end it or dismantle it  That is what this color blindness is. So, when folks are presented or confronted with real world experience, that is when people move into the next stage which is disintegration . this is the stage that is characterized by guilt and shame; these experiences push up against your previous thoughts; your actions, your words, it makes you self-examine a little bit.  In the late spring, early summer, [2020], this is where a lot of people are. We saw the George Floyd thing, We heard about for the first time the murder of Amaud Arbery.  And so what happened during this guilt and shame phase is that a lot of people there was black out Tuesday; there was Instagram or Facebook there was a lot of black squares; a lot of companies and people's feelings of guilt and shame this is what they did to acknowledge that; I got a lot of calls from people checking in on me from people I didn't know; expressing their guilt and shame to me; people sent money; (snorts) it felt a little weird; when I said that, I got a lot of flak for that; they said I should be grateful (laughs) Right.

So people sending apologies to people they didn't know; people all of a sudden connecting with people from high school that you never talked to; that sort of thing; it was a lot; that was a part of this recognizing and acknowledging that you may have had these feelings; you may have participated in some of these experiences. During this phase is when people actively center their own experiences that is where that guilt and shame; people are foisting their guilt and shame on you in response to this new knowledge;
When we are able to be meta cognitive about this; I am feeling this guilt and shame now; a lot of people stayed there; You can also choose to move on and to keep on learning and to utilize those feelings of guilt and shame to further examine yourself and your own privilege and channel those emotions into constructive and positive ways to move along this continuum of social justice or anti-racism

Exhibit 3-28                          PI Exhibit 3-28

When you have made the decision to do that you move into the reintegration phase; this is important and potentially hard to hear. This is the phase called blame the victim phase;  if you listened to any of any of the trial of Derek Chauvin;  there is a lot of blaming the victim; instances where they acknowledge that in themselves, but then "maybe its deserved" and this attitude is present in the following situations:  where news outlets are digging up previous records of people, "maybe they once smoked marijuana" or never acknowledging the double alternate reality standards that victims are subjected to; George Floyd, talking about his addiction, his previous addiction; Trayvon Martin:  oh he had marijuana in his system; That is not a reason for murder; Christian Cooper, remember him? The news outlets were asking what did he do to provoke her?  George Floyd, he had a counterfeit 20, not a reason for murder; "I would just obey the cops. If you just obey the cops, these things wouldn't happen"  do you know how many times I hear that?   think of Philando Castile who obeyed the cops to the point where he said "I am a licensed gun owner, and I do have a licensed gun. It is in my car." And they shot him even as he obeyed the cop's directions. Well they shouldn't have been playing loud music in his car during Davis. In the car at the gas station. A rule is a rule; you just follow the rules. Remember that if we just follow the rules, we can still be subjected to harm. "She should have put out her cigarette when the officer asked her to. " Sandra Bland and her suspicious suicide. "Well I worked really hard to get where I am. We are all given the same opportunity. That sort of bootstrap theory, not acknowledging the fact that there is a history of racial prejudice; so when we realize we have these thoughts and that other people have these thoughts, again  we can stay here, but we can also make the decision to keep moving, to keep learning; to say, okay, I have these thoughts, I acknowledge I have them, I am owning it, but I want to do better. 43:52 So, growth in continuum happens along when we are able to combat these feelings with facts, with historical truths, with putting things into context.

We move into the pseudo independent stage this is also important when although a person may not feel that they deserve privilege that they acknowledge they have privilege and one of the identities, and I am speaking here specifically of the white identity they look to people of color to confront and uncover racism. This is hard.  It's hard on us.  They applaud the efforts of people in solidarity but without doing the real work.  I am thinking of performative activism. You are acknowledging all of it; you are putting the Black Lives Matter sign on your lawn; what does that mean?  What are you doing?  Aside from putting a Black Lives Matter on your lawn.  It's a great step; it's a great tool to get people thinking; but what are you actually doing besides that. You can wear a Black Lives Matter shirt. You can put a pride sign out. But what does that mean. What actions are you taking to dismantle the isms. And know that is for a lot of white people; it's difficult to conceptualize being white and non-racist once you have all this learning; once you have this knowledge, it's possible. Look at Brooke; look at Leanne from Monday or Tuesday . None of this is linear; it is often like the grief spectrum; you don't necessarily move linearly; sometimes we have an experience and we are knocked back to a different stage, and we have to work again to continue to moving along the spectrum. One of the things that categorizes the pseudo independence is  saying, "oh, I don't know what to do, can you tell me what to do? Can you send me some resources? Can I have a one on one conversation with you?"  I've got all that.  "Can you come to my house  for dinner?  Can we talk about racism?" That puts a lot of stress on people like me, on people of color. (laughs) I happen to have the skill in talking about it, but not everybody does. Not everyone has these skills because they are dealing with their

Exhibit 3-29                                                                                          Pl Exhibit 3-29

own emotions and experiences. It's very heavy stuff. "Can you teach me everything?" (laughs) I have a lot of those. A lot of my friends say "Can you teach me everything?" (laughs) "No, I can't." (laughs); Lots of resources to learn. There are libraries.

The next stage is called immersion/emersion. This is where, if you are white, you make a genuine attempt to connect to your white identity; there are many different white identities, but you own it, ok, but that doesn't make you racist. A lot of us, when we are raised, how we are socialized, we are taught (laughs) well, not black people (laughs) socialized not to talk about race because it's rude. We don't want our kids talking about race because it's seen as being rude, but it's not. "I'm listening. Color is who I am. " When it starts getting into a hierarchy of whose better, whose not, whose life is valued, whose life is not valued, then that's a problem, but when you can do this; when you can connect with your own identity, and connect with other people who are doing the work, this is why I have Leanne and Brooke come in. To show you that it is possible to be white, to acknowledge your racial identity, to acknowledge the privilege that exists, to do the work. There are phenomenal people, those are all listed on my resource guide who are doing the work. Peggy MacIntosh; who wrote "Unpacking the white knapsack" essay; and formulated the idea of serial testimony, how we do our group work; Paul Borksy is another person. He is the founder of the equity and literacy institute; Paul Kibble is another writer and activist ; he wrote the book "How White People can Work for Racial Justice" Debbie Irving, she the author of "Waking up White", and she's the co-sponsor of really phenomenal 21 day racial equity challenge. And Robin D'Angelo, who wrote the book, "White Fragility"; Tim Wise, whose a guy who for many can be problematic; but I will say gets a lot of white people to do the work and to do introspection; (laughs). I will let you look him up on your own; He is the author of a book called "White Like Me". He talks about he's a man of the South; he's a white man; and his sort of growth into someone who acknowledges his identity and does the work. He is also extremely highly paid. He is one of the highest paid anti racists. He is paid more than most people of color doing this work.

The last stage here is independence or autonomy. This is reached when an individual has a really clear understanding of the positive connection to their white racial identity and also actively pursuing social justice. What I would like you to do is to think about if you were to entertain this idea of this particular spectrum, this matrix if you will, where do you think you would place yourself. I will say that a lot of people overestimate where they are. So with that in mind, I'd love to give you a couple of minutes to process this and to get back into our groups, and really think where you might be.

(Powerpoint slide) :

**Breakout Time/Reflection**

If you were to entertain the idea of being on this continuum,
Where would you place yourself/
Why would you place yourself there?
What can you do to advance to the next level?
Then we can go into strategies
(After breakout)

Exhibit 3-30                                     PI Exhibit 3-30

The reason why I am so careful about asking people to entertain this, because a couple of times when I was doing this presentation or doing a version of this at schools, people would yell at me during the meetings; and say "You are trying to box me in, you are trying to categorize me", and they would walk out in anger

That is why I would say they are many theories, many matrices; many ways of thinking about who we are; this is just one way of thinking about it;  But I think it's a good exercise to practice all that we have been learning;

(Power point slide)
**Strategies**
1. Talking about racism and NAMING it in whatever form it might take doesn't make you a racist, ignoring it does, tho.
2. Speak up, speak out.
3. Awareness: Do a deep dive into the community you live in. Know why it looks the way it does.
4. Look at your circle of friends
5. Give money AND time
6. CONTINUE YOUR LEARNING
7. Be part of task forces/strategic planning
8. Get to know your DEI execs/leaders at your work and in your filed. ASk how you can help be a part of their initiatives.
9. Listen to Black people, legitimize, hear our experiences without questioning whether or not they really happened.
10. VOTE Be active at a political level/local politics
11. Check your own behavior and actions--have you committed microaggressions? How would you change that in the future?

As I said before, as kids we are socialized to not talk about race; talking about race and racism, no matter what form it might take isn't going to make us racist (laughs) It's not a bad thing. Ignoring racism does

Speak up Speak out! We are utilizing our influence and our privilege in our communities and our work spaces has an effect; I really believe in the ripple effect

Why does the community look the way it does? Why are some resources present and others absent? Looking at our circle of friends.

Listen not just to Black people, but to all marginalized people or who have marginalized identities without questioning whether their lived experiences are real.  It is a huge huge issue.

Be active at a political level.  If there is a racist sheriff, or a sexist person that is in your local community that you can vote out .  think about that.  Think about the implication that has for your community

If you have kids, talk to them about race and racism; Sesame Street has a great series on this that is developmentally appropriate. Have a plan for disrupting microaggressions and other aggressions; challenge the folks at your dinner table.  It's hard, it's very very hard;

One thing I will say as a black person, as a Mom, don't put your friends, your black friends, your AAPI friends your Indigenous friends at risk by doing something you might have the privilege of

Exhibit 3-31                                              PI Exhibit 3-31

doing but not them, like being in the car and mouthing off at the cop.  That is dangerous; it puts people into danger. And then remember impact over intent. Somebody challenges you, somebody calls you out, it's really easy to get defensive.  I get defensive, but noticing I am getting defensive and then taking a step back and acknowledging whatever sort of microaggression I have perpetuated, or that is part of the work that I have to do ; "when we know better we do better" Maya Angelou quote.  When you know better you do better. (video ends)

## Class and classism (Note: this transcript is not complete)

:15
Let's check in with ourselves.  How are we feeling in our bodies; how are we feeling in our minds this is  a crucial part of the work; in terms of taking care of ourselves; checking in; noticing when things are  having a physiological  reaction; It's always a good practice, so feel free to share in the chat  how you are doing; how are feeling about today;  that sort of thing; (time spent reflecting) (reads some of the chat messages)  "curious, hopeful good, feeling good …." This is really a great group.  I love this. Thank you for sharing and putting yourselves out there; I hope it gets a little bit easier each time we do that.  I want make sure to spend time and space to give a moment to those still suffering from COVID;  actually one of our speakers is on the tail of having  COVID; it is truly remarkable how this thing has changed our lives , right? There's also  lots of gun violence still going on;  like Indiana, Indianapolis, Minneapolis, Minnesota; Honolulu Hawaii,  Chicago, random gun violence; and gun violence on the black and brown communities, so take time to think of that.  While we are doing that,  I would love to know if anyone has any thoughts…any thoughts that have remained, anything you come to a realization about;  are there any new events that have inspired you to explore anything further in your own life;  have any of these been activated any of the knowledge and consciousness that you gained from these sessions. If so, please feel free to put that in the chat as well.  What have you been thinking about in the last two weeks.  Let's see what you got.
3:20; Have you changed any behaviors; have you had any conversations with your family; outside of your family; just with yourself; (time taken to see what people are putting in the chat— reads off comments )     "we talked about the Daunte Wright incident". "working to introduce whiteness to my almost 2 year old in different ways."  Remember there are many many developmentally appropriate ways to introducing concepts and ideas and thinking to children. "Conversations with my Brattleboro team" "Looking at what my microaggressions are" Great. "This is just the beginning of doing this work, both personally and professionally" Right.  This *is* just the beginning doing the work; there are a many more things to do beyond learning and having conversations.
5:50 It really is about modifying and changing our behavior , changing our work spaces and our personal spaces as much as we can in the name of social justice. "Conversations with family" Yeah Yeah. Good. "open and respectful conversations"  (shouts) Those are really really hard to come by. (laughs) especially when you are a family.  (laughs)
Personally,  I posted on my Facebook, I had a bike ride after our session yesterday, and I posted on my Facebook how we were talking about intersectionality and classism, and my aunt messaged "Mirna: what is intersectionality?"  Oh my goodness, I was so excited that she wrote

that question, one of the Facebook things, then she said "clearly you need to write a book on this." (laughs) It was really cool  (goes on about her aunt and her "energy") The consciousness does actually work.
"had uncomfortable conversation with my husband".  Sometimes they are  uncomfortable. A lot of times.  (laughs)
That is great. Thank you so much for sharing all of those with me and with the group.


For this last session on class and classism, here is our agenda


(Power point)
**AGENDA**
Check in/Reflection
Community Guidelines for Engagement: Review
Socieconomic Status, the Identifier
- o  Class
- o  Classism
- o  Class Status
- o  Class Culture
- o  Capitalism and Democracy
- o  Cultural and social Capital

Breakout sessions, Reflections, Punching Up/Punching Down
Speakers:  Beth Loveland, Arwen Gillett, Vasu Sojitra
Takeaways
Obviously we are going to review our community guidelines, as we always do. It is always always important that we are on the same page. We will do a little preparation exercise.   Our focus is going to be on really homing in on specific vocabulary in regards to socio-economic class, status, positionality, and classism, and those concepts we will focus on are classism, class status, class culture. Briefly we will touch on Democracy and Capitalism as they relate to classism, and then we will talk about cultural and social capital.  We will hear from my friend Beth Loveland who is an artist, educator and writer. We will also hear from my friend Arwen Gillette.  Yesterday folks heard from another friend of mine, Vasu Sojitra,   Heather has recorded that portion of the presentation, so you can have the benefit of listening to Vasu, who is an incredible professional athlete and professional in the disability space –advocacy space. So we will have the benefits of his expertise as well.

We are going tell our own class story.  It is going to be one of the first exercises that we do; in small groups of three people today we are going to give five minutes.  It's a heavy lift, but its really really important  in this work  to be able to talk about our trajectories in socio-economic class.  Then I am hoping we will have time to do the exercise that we didn't have time for yesterday  in our after session called punching up and punching down. Then we'll close

(Power point community guidelines posted again)
We are not going to do the devil's advocate thing. (Unintelligible) derails the work.
Make sure we are listening fully, and not just listening to respond, because that is not listening.

When we are speaking, please use "I" statements from your own experience, unless you have permission from the person whose story you are telling to tell that story

To make sure we are taking responsibility for ourselves ; take care of yourself, if you need to shut the screen off , need to take a break , and also if the material is very triggering for you, please feel free to step out of a particular exercise if it's too much.   Right?  This is the practice of taking care of yourself. But I am also going to encourage you, even if it feels uncomfortable, I think we have created a very very safe and brave space here to practice being uncomfortable here, and telling uncomfortable stories, right? .  We've seen that no one is going to judge us in this space, and that we are fully able to talk freely. In the name of sharing; in the name of doing the work.

12:16: This is going to be very uncomfortable;


Practicing critical humility

15:14 Guiding question

How does this information/do these concepts apply to Me?

How does this influence or inform my future relationships, actions, attitudes, and behaviors in both my personal life and in your professional life?

How does this play out in my interaction with family, friends, co workers/colleagues?

Does it allow me to see some things, or reasons for a person's behavior and decisions more clearly/with more understanding?

Does it elucidate my own behaviors, actions, and attitudes?

Exhibit 3-34                    Pl Exhibit 3-34