# Introduction to Identity, Social Justice, and Antiracism

# COURSE-SPECIFIC RESOURCE LIST

*BY MIRNA VALERIO AND ANDREA MAIA*

### Unpacking Identity and Socialization

Understanding and accepting (ALL) identities is essential to social justice work and combating racism.

- ❖ Identity | https://criticalmediaproject.org/why-identity-matters/
- ❖ Intersectionality of Identities

   https://www.ted.com/talks/kimberle_crenshaw_the_urgency_of_intersectionality?language=en#t-422357

### Understanding Racism

Racism is deeply socialized and exists in many spaces

- ❖ "A Class Divided" ~ Jane Elliot | https://youtu.be/1mcCLm_LwpE|
- ❖ https://ctb.ku.edu/en/table-of-contents/culture/cultural-competence/reduce-prejudice-racism/main
- ❖ Systemic Racism explained | https://www.raceforward.org/videos/systemic-racism

> ➢ more in-depth analysis/discussion
>
> https://www.ohchr.org/Documents/Publications/DimensionsRacismen.pdf



## Paths to Social Justice and Antiracist Work:

- Socialization:

  https://www.researchgate.net/figure/Harros-1997-Cycle-of-Socialization_fig2_330336577

- Understand your privilege | https://youtu.be/hD5f8GuNuGQ

- Be weary of taking up space ~ *let's not co-opt* |

  http://interactioninc.org/protecting-racial-justice-spaces-from-turning-into-white-spaces/

- More resources for white allies |

    https://www.dismantlecollective.org/resources/

Get involved:

- Learn the history: "A Timeline of Events..."

    https://www.theroot.com/a-timeline-of-events-that-led-to-the-2020-fed-up-rising-1843780800

- Your Role:

    **When thinking about your role in a social change ecosystem and what you can do to help, consider these reflections:**

    - My role(s) is .....
    - I keep thinking my role(s) is.....
    - I want to learn more about how to be a .....
    - I'm surrounded by people who are.....
    - In order for change to happen in my community, we need more people who are.....

    *Every role is necessary in the ecosystem. Meaning we depend on one another to make it through. How we are with one another determines our gains, losses, opportunities, threats, and victories. We win together.*

- Locally and Globally: https://www.rjactioncenter.org
- Build a Race Equity Culture

    https://www.equityinthecenter.org/wp-content/uploads/2019/04/Equity-in-Center-Awake-Woke-Work-2019-final-1.pdf |

Books on race/racism, highlight the Black experience, and/or combat white supremacist ideology:

Slavery/Generational trauma

- *Beloved* - Toni Morrison
- *Corregidora* - Gayl Jones
- *Post Traumatic Slave Syndrome* - Dr. Joy DeGruy

Nonfiction

- *White Fragility* - Robin DiAngelo
- *White Like Me* - Tim Wise
- *The New Jim Crow* - Michelle Alexander
- *Silencing the Past* - Michel-Rolph Trouillot
- *The Immortal Life of Henrietta Lacks* - Rebecca Skloot
- *Thick* - Tressie McMillan Cottom
- *Hood Feminism* - Mikki Kendall
- *Eloquent Rage* - Brittney Cooper
- *Dark Matters: On the Surveillance of Blackness* - Simone Brown

Personal Narratives

- *Incidents in the Life of a Slave Girl* - Harriet Jacobs
- *I Know Why the Caged Bird Sings* - Maya Angelou
- *A Small Place* - Jamaica Kincaid
- *The Other Wes Moore* - Wes Moore
- *Born a Crime* - Trevor Noah

Fiction

- *Invisible Man* - Ralph Ellison

- *The Bluest Eye* - Toni Morrison
- *Dear Martin* - Nic Stone
- *Tyler Johnson Was Here* - Jay Coles

**ANTIRACISM DEFINED:** http://www.aclrc.com/antiracism-defined

**MICROAGGRESSIONS:** https://www.uua.org/sites/live-new.uua.org/files/microaggressions_by_derald_wing_sue_ph.d._.pdf

**Detailed list of antiracism resources:** https://medium.com/wake-up-call/a-Detailed-list-of-anti-racism-resources-a34b259a3eea

Janet Helms Racial Identity Development Model

https://www.racialequitytools.org/resourcefiles/Compilation_of_Racial_Identity_Models_7_15_11.pdf

**Black Health and Racism**

**https://www.cdc.gov/socialdeterminants/index.htm**

**https://www.who.int/social_determinants/en/**

**https://www.tandfonline.com/doi/abs/10.1080/09581590600828881**

**https://www.tandfonline.com/doi/abs/10.1080/713667453**

**https://www.nejm.org/doi/full/10.1056/NEJMp1609535#t=article**

**Speaker Resources**

LeAnn Siefferman: https://www.leannsiefferman.com/makingconversations

Michael Lomuscio - https://www.fullstackeducator.com/

Dr. Liza Talusan - http://www.lizatalusan.com/