UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| BENJAMIN MORLEY | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No.: 5.21-cv-00272 gwc |
| STATE OF VERMONT, GOVERNOR'S WORKFORCE AND EQUITY AND DIVERSITY COUNCIL, VERMONT DEPT OF HUMAN RESOURCES, VERMONT DEPARTMENT OF AGING AND INDEPENDENT LIVING, VERMONT DIVISION OF VOCATIONAL REHABILITATION ALLISON LAND, in her individual and official capacity HIBBARD DOE, in his individual capacity ELIZABETH HARRINGTON, in her individual and official capacity DIANE DALMASSE, in her individual and official capacity KAREN BLAKE-ORNE, in her individual and official capacity HEATHER BATALION, in her individual and official capacity, | ) | EXHIBIT LIST |
| Defendants. | ) | |

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | Values and Mission Division of Vocational Rehabilitation | |
| 2 | Valerio Mirnavator Contract | |
| 3 | Transcription of Videos | |
| 4 | Antiracism and Social Justice Resources | |
| 5 | Morley Commentary | |
| 6 | RFP | |
| | | |
| | | |
| | | |
| | | |
| | | |