# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 5.21-cv-00272 gwc |
| | ) |
| STATE OF VERMONT, | ) |
| GOVERNOR'S WORKFORCE | ) |
| AND EQUITY AND DIVERSITY COUNCIL, | ) |
| VERMONT DEPT OF HUMAN RESOURCES, | ) |
| VERMONT DEPARTMENT OF AGING | ) |
| AND INDEPENDENT LIVING, | ) |
| VERMONT DIVISION OF VOCATIONAL | ) |
| REHABILITATION | ) |
| ALLISON LAND, in her individual and official | ) |
| capacity | ) EXHIBIT LIST |
| HIBBARD DOE, in his individual capacity | ) |
| ELIZABETH HARRINGTON, in her individual | ) |
| and official capacity | ) |
| DIANE DALMASSE, in her individual and | ) |
| official capacity | ) |
| KAREN BLAKE-ORNE, in her individual and | ) |
| official capacity | ) |
| HEATHER BATALION, in her individual and | ) |
| official capacity, | ) |
| | ) |
| Defendants. | ) |

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | Values and Mission Division of Vocational Rehabilitation | |
| 2 | Valerio Mirnavator Contract | |
| 3 | Transcription of Videos | |
| 4 | Antiracism and Social Justice Resources | |
| 5 | Morley Commentary | |
| 6 | RFP | |