UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY,<br>    Plaintiff,<br><br>v.<br><br>STATE OF VERMONT;<br>GOVERNOR'S WORKFORCE AND EQUITY<br>AND DIVERSITY COUNCIL;<br>VERMONT DEPT. OF HUMAN RESOURCES;<br>VERMONT DEPT. OF AGING AND<br>INDEPENDENT LIVING; VERMONT<br>DIVISION OF VOCATIONAL<br>REHABILITATION;<br>ALLISON LAND, in her individual and official<br>capacity;<br>HIBBARD DOE, in his individual and official<br>capacity;<br>ELIZABETH HARRINGTON, in her individual<br>and official capacity;<br>DIANE DALMASSE, in her individual and<br>official capacity;<br>KAREN BLAKE-ORNE, in her individual and<br>official capacity; and<br>HEATHER BATALION, in her individual and<br>official capacity;<br>    Defendants. | Case No. 5:21-cv-272 |

### DECLARATION OF JAMES SMITH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, James Smith, hereby declare as follows:

1. I am personally familiar with the facts set forth in this Declaration. If called to testify, I could and would testify competently as to the facts set forth herein.

2. I am the Deputy Director of the Vermont Division of Vocational Rehabilitation.

3. In my capacity as the Deputy Director, I worked on the request for proposals attached to the complaint as Exhibit 6 and am the sole contact listed on the request.

4. The request sought proposals for a diversity, equity and inclusion implementation consultant. It was prompted in part by a needs assessment conducted by DVR, which showed high levels of overall satisfaction with DVR's services that were somewhat lower for a small, but statistically significant number of Vermonters who identified as Hispanic.

5. DVR is currently in the process of negotiating a contract to take each of the steps listed in the request for proposals with Social Contract, LLC, a consulting firm based in Delaware.

6. The contract has not yet been finalized, but it contemplates the initial needs assessment phase lasting roughly 6 months, and generating the information needed for stakeholders to meaningfully inform the future of DVR's strategy. The second, data evaluation and planning phase is also expected to last roughly 6 months.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _22_ day of December, 2021 at _____, Vermont.

_____

James Smith