To:  Ben Morley
From:  Karen Blake Orne
Re: Written Supervisory Feedback
October 1, 2021


Ben, I am issuing this written supervisory feedback regarding the required educational
requirements for your position as VR Associate.  Additionally, I am reiterating my expectations
with you around your communication with me to ensure you are clear around what I need and
expect from you regarding communication on this topic and as your supervisor in general.

As with all VR Associates, upon your hire in November 2019, you agreed to complete a Master's
degree program in Rehab Counseling within 5 years with full support from VR.

You have been connected to Heather Batalion, our VR Training Coordinator for support around
forms and process for continuing education by our Regional Manager.  You also have access to
the Microsoft Teams channel - Continuing Education and Training, which includes links, forms
and guidance for staff engaged in coursework.

You planned to attend the University of Southern Maine starting this Fall 2021 and I signed off
on the required forms for payment.  There was a scheduled orientation with Dr. Charlie on July
27, 2021 at 5 PM where key information was shared to best prepare all incoming students.  You
failed to attend that orientation, and I learned that you didn't attend from staff in Central Office
instead of you.  Had I known you'd missed the orientation I could have supported you in getting
what you needed or helped set up another connection to Dr. Charlie, so you were prepared when
classes began.  It is not acceptable that you failed to let me know you did not attend.

Two weeks ago, I was forwarded an email from you to Wendy Madigan stating you were
dropping the class because you didn't get your textbooks on time, resulting in a delayed start on
the Master's program.  You did not communicate this to me at all, nor did you cc me in the
email.  I also had no communication from you that you were having difficulty in getting your
books.  You withdrew without consultation or heads up to me.    This is not acceptable.

Your agreement at hire into the VR Associate Counselor position was to obtain a Rehab
Counseling Masters level degree by November 2024.  It is imperative you start the 3-year
program by the Spring semester.

Beginning immediately, I am directing you to review the materials readily available to you on
Microsoft Teams channel - Continuing Education and Training.  You are to let me know if you
have questions and when you have completed this.

You are to initiate a meeting with USM Rehab Counseling Program Director to receive guidance
about how to proceed. You will let me know when you have scheduled a meeting and will let me
know that you've attended the meeting.

You will develop and then provide Liz Harrington and I a schedule and plan for your Rehab Counseling Master's program. The expectation is you will gather Information and hold necessary meetings with Heather Batalion and USM staff independently.  You are fully responsible for communicating your requests for information related to schedules, program coursework, forms, and deadlines for submission. It is your responsibility to access your email communication, initiate contact and provide documentation as required. You will copy me into the email communication you have with USM as you re-engage in this process to ensure that I'm up to date with your process and able to provide support if needed.  You will attend all required orientations around enrollment and readiness to enter the program and will communicate to me that you've done so.

It is the expectation you will provide the schedule and your plan for completion of the Rehab Counseling Master's program to both Liz and I in writing by November 1, 2021.  It is also the expectation that you will communicate with me about any issues in accessing books and materials needed in advance, and any other issues that may arise, so I can provide support as needed.

I need you to take this seriously, Ben.  This is a serious performance issue, and I must hold you accountable to following through with your educational agreement.  I look forward to you engaging in the educational requirements of this position, don't hesitate to reach out with any questions.