UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY,<br>    Plaintiff,<br><br>v.<br><br>STATE OF VERMONT;<br>GOVERNOR'S WORKFORCE AND EQUITY<br>AND DIVERSITY COUNCIL;<br>VERMONT DEPT. OF HUMAN RESOURCES;<br>VERMONT DEPT. OF AGING AND<br>INDEPENDENT LIVING; VERMONT<br>DIVISION OF VOCATIONAL<br>REHABILITATION;<br>ALLISON LAND, in her individual and official capacity;<br>HIBBARD DOE, in his individual and official capacity;<br>ELIZABETH HARRINGTON, in her individual and official capacity;<br>DIANE DALMASSE, in her individual and official capacity;<br>KAREN BLAKE-ORNE, in her individual and official capacity; and<br>HEATHER BATALION, in her individual and official capacity;<br>    Defendants. | Case No. 5:21-cv-272 |

**DECLARATION OF HIBBARD DOE IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Hibbard Doe, hereby declare as follows:

    1. I am personally familiar with the facts set forth in this Declaration. If called to testify, I could and would testify competently as to the facts set forth herein.

    2. I am currently a Field Services Manager for the Vermont Division of Vocational Rehabilitation.  Before being promoted to that position, I was a Regional Manager for DVR with responsibility for the DVR office in Newport, Vermont.

3. In my former capacity as a Regional Manager for DVR, I met with Plaintiff to conduct a performance evaluation on April 20, 2021. During the evaluation, Plaintiff was given information about employee feedback gathered regarding his performance. The feedback was derived from a survey, the results of which were sent to me by email on March 25, 2021.

4. The survey results were sent to me in PDF form. The version of the results I received includes the date and time of some, but not all, of the survey responses. The listed dates range from late January to mid-March, 2021.

5. The survey results indicate that more than half of respondents answered "occasionally" or "no" when asked whether Plaintiff:

    a. Communicates well with peers and partners

    b. Provides feedback to peers in an effective manner

    c. Provides leadership to guide teams and individuals to work more effectively, and

    d. Contributes to a positive team environment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22 day of December, 2021 at UNDERHILL, Vermont.

_____
Hibbard Doe