UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY,<br>    Plaintiff,<br><br>v.<br><br>STATE OF VERMONT;<br>GOVERNOR'S WORKFORCE AND EQUITY<br>AND DIVERSITY COUNCIL;<br>VERMONT DEPT. OF HUMAN RESOURCES;<br>VERMONT DEPT. OF AGING AND<br>INDEPENDENT LIVING; VERMONT<br>DIVISION OF VOCATIONAL<br>REHABILITATION;<br>ALLISON LAND, in her individual and official capacity;<br>HIBBARD DOE, in his individual and official capacity;<br>ELIZABETH HARRINGTON, in her individual and official capacity;<br>DIANE DALMASSE, in her individual and official capacity;<br>KAREN BLAKE-ORNE, in her individual and official capacity; and<br>HEATHER BATALION, in her individual and official capacity;<br>    Defendants. | Case No. 5:21-cv-272 |

## DISCOVERY CERTIFICATE

I, Rachel E. Smith, hereby certify that on January 28, 2022, I served *Defendants' Initial Disclosures* in the above-captioned matter via email to the following:

    Deborah T. Bucknam, Esq.
    dbucknam@vtlegalhelp.com

DATED at Montpelier, Vermont, this 28th day of January 2022.

                                          STATE OF VERMONT

                                          THOMAS J. DONOVAN, JR.
                                          ATTORNEY GENERAL

By:    */s/ Rachel Smith*
        Rachel Smith
        Deputy Solicitor General
        Office of the Attorney General
        109 State Street
        Montpelier, VT 05609-1001
        (802) 828-3178
        rachel.e.smith@vermont.gov

        Counsel for Defendants