UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 5:21-cv-272 |
| ) | |
| STATE OF VERMONT, ) | |
| GOVERNOR'S WORKFORCE ) | |
| AND EQUITY AND DIVERSITY COUNCIL, ) | |
| VERMONT DEPT OF HUMAN RESOURCES, ) | |
| VERMONT DEPARTMENT OF AGING AND ) | |
| INDEPENDENT LIVING, ) | |
| VERMONT DIVISION OF VOCATIONAL ) | |
| ALLISON LAND, in her individual and official ) | |
| capacity ) | |
| HIBBARD DOE, in his individual capacity ) | |
| ELIZABETH HARRINGTON, in her individual ) | |
| and official capacity ) | |
| DIANE DALMASSE, in her individual and ) | |
| official capacity ) | |
| KAREN BLAKE-ORNE, in her individual and ) | |
| official capacity ) | |
| HEATHER BATALION, in her individual and ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## DISCOVERY CERTIFICATE

I, Deborah Bucknam, hereby certify that I today sent Plaintiff's Initial Disclosures in the above captioned matter via e-mail to:

David.Boyd@vermont.gov
Rachel.E.Smith@vermont.gov

Dated at Walden, Vermont this 28th day of January, 2022

                **BENJAMIN MORLEY**

By: _/s/ Deborah T. Bucknam_
Deborah T. Bucknam, Esq.
Bucknam Law, PC
434 Eastman Road
Walden, Vermont 05836
802-748-5525
dbucknam@vtlegalhelp.com