# EXHIBIT A

```
 1
 2
 3
 4
 5
 6                        TRANSCRIPT OF
                 INTRO TO IDENTITY AND SOCIAL JUSTICE
 7
 8                          Presented by
 9                         MIRNA VALERIO
10
11
12
13
14
15
16
17
18
     PRESENTED:
19
     March 30, 2021
20
     Also appearing:
21   HEATHER BATALION, Moderator
     LEANN SIEFFERMAN, Presenter
22
23
24   RECORDED BY ELECTRONIC SOUND RECORDING.
25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

1       (Presentation begins)
2             MS. MIRNA VALERIO:  -- Valerio, and I'm so, so happy
3  to be with you today.  And thank you to Heather for reaching
4  out to me a couple of months ago, I think it was November, and
5  we've been working on putting this series together for a
6  while, and I'm really, really excited that we can finally do
7  it.  We had a great time yesterday with the group that was
8  with us, and I know we'll have a great time today, although
9  it's hard stuff that we'll cover, a lot of it is very heavy,
10 but I like to approach the work with a sense of joy and hope
11 because we need it.  That's not my opinion, it's a fact.
12            Anyways, so anyway I am super excited, and I thank
13 you for taking the time to be here this morning and trusting
14 me to lead you all through this experience on these sensitive
15 and urgent topics.
16            Most people actually know me, not necessarily as a
17 diversity facilitator.  Most people know me as a runner, and
18 adventurer, as one of the National Geographic Adventurers of
19 the year 2018.  People know me as a speaker, as a mom of a
20 seventeen- going on eighteen-year-olds going on fifty-five,
21 that kid.  And an ambassador, and athlete, for many outdoor
22 companies, I am all of the above and more.  And the reason I
23 actually get to do this work is because I was an educator for
24 eighteen years.  My last job, my last educational job was as
25 the director of equity and inclusion at a school down in

1   Georgia called the Rabun Gap-Nacoochee School, a boarding
2   school, an international boarding school, where I actually met
3   the speaker that you'll hear today, Leann Siefferman, and I
4   developed curriculum, seminars, workshops, professional
5   development for my faculty, and I also did diversity retreats
6   for students that included going to cabins that had hot tubs.
7   So that was how I brought students to the work, because they
8   knew that there would be a hot tub and cookies after we did
9   all of the work.  So food and good times is a really good
10  motivator.
11          So anyways, that's a little bit about who I am.
12  Before we delve into the work, I'd love to hear from everyone
13  as far as how you're feeling emotionally and physically.
14  Where are you in your body?  It's really important in this
15  work to continually check in with yourself because, you know,
16  a lot of our emotional stuff is, as you know in the work that
17  you do, is manifested physiologically.  And to be able to
18  observe ourselves, you know, when we're heated up or riled up,
19  and just you know, know that's what's happening to our bodies
20  and our spirits and our minds and everything, is a good
21  practice.
22          And I'll, you know, we'll check in a couple of times
23  throughout the morning, and so we are going to share in the
24  chat how you're feeling and we are going to use the chat quite
25  a bit to do some sharing.  So if you would do that now, share

Case 5:21-cv-00272-gwc   Document 36-1   Filed 02/04/22   Page 5 of 6

4

1  in the chat.  And while you're doing that, I'm going to share
2  my screen.  Here we go.
3          "Waking up still", same.  "Feeling good", okay.
4  "Feeling well", "Highly caffeinated and ready to learn", I am
5  also highly caffeinated, but I am not fully awake yet.
6  "Exhausted, excited", good, "Fighting a spring cold",
7  allergies, not excited about that.  "Unfocused", "Full of
8  anticipation", "Distracted", "Need to focus", "Curious,
9  decent, tired, but happy to be here", good.  "Today, feeling
10 good, curious", good.  "Not enough coffee yet", I am so
11 feeling you.  "Feeling pretty good, looking forward to a sunny
12 day, maybe even a ski this afternoon", yes, same.  "Feeling
13 awesome, tired", good, "More caffeine", y'all, get your
14 caffeine.  "Enjoying a bright spring morning, warm and
15 excited", good.  "Energized, ready to listen", "pretty good,
16 looking forward to the training", "Hungry", me too.  "I'm
17 tired", wow, there's a whole wide range of feelings and
18 emotions.  I love it.  I love it.  "Tired, but eager", sorry I
19 had to skip over.  There's so many.  Thank you for indulging
20 me.  "Curious and pausing", "Excited to be here", thank you,
21 you all.  All right.  Great.  "Just got my first dose of
22 COVID", yes, congrats.  I get my next week.  I'm so excited.
23          All right, great.  Thank you.  Again, get used to
24 that.  We are going to be doing a lot of sharing.  That is
25 part of doing this work.  I'd love to share a little bit about

```
 1
 2                      C E R T I F I C A T I O N
 3          I, Gina Gattone, the court-approved transcriber, do
 4   hereby certify the foregoing is a true and correct transcript
 5   from the official electronic sound recording of the
 6   proceedings in the above-entitled matter.
 7
 8
 9
10   [signature: Gina Gattone]              December 10, 2021
11   _____        _____
12   GINA GATTONE                            DATE
13   AAERT Certified Electronic Transcriber, CET-769
14
15
16
17
18
19
20
21
22
23
24
25
```