# EXHIBIT A

TRANSCRIPT OF
INTRO TO IDENTITY AND SOCIAL JUSTICE

Presented by

MIRNA VALERIO

PRESENTED:

March 30, 2021

Also appearing:
HEATHER BATALION, Moderator
LEANN SIEFFERMAN, Presenter

RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

(Presentation begins)

MS. MIRNA VALERIO: -- Valerio, and I'm so, so happy to be with you today. And thank you to Heather for reaching out to me a couple of months ago, I think it was November, and we've been working on putting this series together for a while, and I'm really, really excited that we can finally do it. We had a great time yesterday with the group that was with us, and I know we'll have a great time today, although it's hard stuff that we'll cover, a lot of it is very heavy, but I like to approach the work with a sense of joy and hope because we need it. That's not my opinion, it's a fact.

Anyways, so anyway I am super excited, and I thank you for taking the time to be here this morning and trusting me to lead you all through this experience on these sensitive and urgent topics.

Most people actually know me, not necessarily as a diversity facilitator. Most people know me as a runner, and adventurer, as one of the National Geographic Adventurers of the year 2018. People know me as a speaker, as a mom of a seventeen- going on eighteen-year-olds going on fifty-five, that kid. And an ambassador, and athlete, for many outdoor companies, I am all of the above and more. And the reason I actually get to do this work is because I was an educator for eighteen years. My last job, my last educational job was as the director of equity and inclusion at a school down in

Georgia called the Rabun Gap-Nacoochee School, a boarding school, an international boarding school, where I actually met the speaker that you'll hear today, Leann Siefferman, and I developed curriculum, seminars, workshops, professional development for my faculty, and I also did diversity retreats for students that included going to cabins that had hot tubs. So that was how I brought students to the work, because they knew that there would be a hot tub and cookies after we did all of the work. So food and good times is a really good motivator.

So anyways, that's a little bit about who I am. Before we delve into the work, I'd love to hear from everyone as far as how you're feeling emotionally and physically. Where are you in your body? It's really important in this work to continually check in with yourself because, you know, a lot of our emotional stuff is, as you know in the work that you do, is manifested physiologically. And to be able to observe ourselves, you know, when we're heated up or riled up, and just you know, know that's what's happening to our bodies and our spirits and our minds and everything, is a good practice.

And I'll, you know, we'll check in a couple of times throughout the morning, and so we are going to share in the chat how you're feeling and we are going to use the chat quite a bit to do some sharing. So if you would do that now, share

in the chat. And while you're doing that, I'm going to share my screen. Here we go.

"Waking up still", same. "Feeling good", okay. "Feeling well", "Highly caffeinated and ready to learn", I am also highly caffeinated, but I am not fully awake yet. "Exhausted, excited", good, "Fighting a spring cold", allergies, not excited about that. "Unfocused", "Full of anticipation", "Distracted", "Need to focus", "Curious, decent, tired, but happy to be here", good. "Today, feeling good, curious", good. "Not enough coffee yet", I am so feeling you. "Feeling pretty good, looking forward to a sunny day, maybe even a ski this afternoon", yes, same. "Feeling awesome, tired", good, "More caffeine", y'all, get your caffeine. "Enjoying a bright spring morning, warm and excited", good. "Energized, ready to listen", "pretty good, looking forward to the training", "Hungry", me too. "I'm tired", wow, there's a whole wide range of feelings and emotions. I love it. I love it. "Tired, but eager", sorry I had to skip over. There's so many. Thank you for indulging me. "Curious and pausing", "Excited to be here", thank you, you all. All right. Great. "Just got my first dose of COVID", yes, congrats. I get my next week. I'm so excited.

All right, great. Thank you. Again, get used to that. We are going to be doing a lot of sharing. That is part of doing this work. I'd love to share a little bit about

C E R T I F I C A T I O N

I, Gina Gattone, the court-approved transcriber, do hereby certify the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

December 10, 2021

______________________________ __________________

GINA GATTONE DATE

AAERT Certified Electronic Transcriber, CET-769