# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No.: 5:21-cv-272<br>) |
| STATE OF VERMONT,<br>GOVERNOR'S WORKFORCE<br>AND EQUITY AND DIVERSITY COUNCIL,<br>VERMONT DEPT OF HUMAN RESOURCES,<br>VERMONT DEPARTMENT OF AGING AND<br>INDEPENDENT LIVING,<br>VERMONT DIVISION OF VOCATIONAL<br>ALLISON LAND, in her individual and official<br>capacity<br>HIBBARD DOE, in his individual capacity<br>ELIZABETH HARRINGTON, in her individual<br>and official capacity<br>DIANE DALMASSE, in her individual and<br>official capacity<br>KAREN BLAKE-ORNE, in her individual and<br>official capacity<br>HEATHER BATALION, in her individual and<br>official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DISCOVERY CERTIFICATE

I, Deborah Bucknam, hereby certify that I today sent Plaintiff's Responses to Defendants' Interrogatories and Requests to Produce in the above captioned matter via e-mail to:

David.Boyd@vermont.gov
Rachel.E.Smith@vermont.gov

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No.: 5:21-cv-272<br>) |
| STATE OF VERMONT,<br>GOVERNOR'S WORKFORCE<br>AND EQUITY AND DIVERSITY COUNCIL,<br>VERMONT DEPT OF HUMAN RESOURCES,<br>VERMONT DEPARTMENT OF AGING AND<br>INDEPENDENT LIVING,<br>VERMONT DIVISION OF VOCATIONAL<br>ALLISON LAND, in her individual and official capacity<br>HIBBARD DOE, in his individual capacity<br>ELIZABETH HARRINGTON, in her individual and official capacity<br>DIANE DALMASSE, in her individual and official capacity<br>KAREN BLAKE-ORNE, in her individual and official capacity<br>HEATHER BATALION, in her individual and official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DISCOVERY CERTIFICATE

I, Deborah Bucknam, hereby certify that I today sent Plaintiff's Responses to Defendants' Interrogatories and Requests to Produce in the above captioned matter via e-mail to:

David.Boyd@vermont.gov
Rachel.E.Smith@vermont.gov

Dated at Walden, Vermont this 7th day of February, 2022

                        **BENJAMIN MORLEY**

By: _____
       Deborah T. Bucknam, Esq.
       Bucknam Law, PC
       434 Eastman Road
       Walden, Vermont 05836
       802-748-5525
       dbucknam@vtlegalhelp.com