UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **BENJAMIN MORLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.: 5:21-cv-272 |
| | ) |
| **STATE OF VERMONT,** | ) |
| **GOVERNOR'S WORKFORCE** | ) |
| **AND EQUITY AND DIVERSITY COUNCIL ,** | ) |
| **VERMONT DEPT OF HUMAN RESOURCES,** | ) |
| **VERMONT DEPARTMENT OF AGING AND** | ) |
| **INDEPENDENT LIVING,** | ) |
| **VERMONT DIVISION OF VOCATIONAL** | ) |
| **ALLISON LAND, in her individual and official** | ) |
| **capacity** | ) |
| **HIBBARD DOE, in his individual capacity** | ) |
| **ELIZABETH HARRINGTON, in her individual** | ) |
| **and official capacity** | ) |
| **DIANE DALMASSE, in her individual and** | ) |
| **official capacity** | ) |
| **KAREN BLAKE-ORNE, in her individual and** | ) |
| **official capacity** | ) |
| **HEATHER BATALION, in her individual and** | ) |
| **official capacity,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL

**COMES NOW** Plaintiff Benjamin Morley, by and through his attorney, Deborah T. Bucknam, of Bucknam Law, P.C. and notifies this Honorable Court that Plaintiff hereby dismisses his complaint without prejudice. ("[T]he plaintiff may dismiss an action without a court order by filing… a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") F.R.C.P. 41.

Dated at Walden, Vermont this 10th day of February, 2022

**BENJAMIN MORLEY**

By: _____
Deborah T. Bucknam, Esq.
Bucknam Law, PC
434 Eastman Road
Walden, Vermont 05836
802-748-5525
dbucknam@vtlegalhelp.com