UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| BENJAMIN MORLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 5:21-cv-272 |
| ) | |
| STATE OF VERMONT, ) | |
| GOVERNOR'S WORKFORCE ) | |
| AND EQUITY AND DIVERSITY COUNCIL , ) | |
| VERMONT DEPT OF HUMAN RESOURCES, ) | |
| VERMONT DEPARTMENT OF AGING AND ) | |
| INDEPENDENT LIVING, ) | |
| VERMONT DIVISION OF VOCATIONAL ) | |
| ALLISON LAND, in her individual and official ) | |
| capacity ) | |
| HIBBARD DOE, in his individual capacity ) | |
| ELIZABETH HARRINGTON, in her individual ) | |
| and official capacity ) | |
| DIANE DALMASSE, in her individual and ) | |
| official capacity ) | |
| KAREN BLAKE-ORNE, in her individual and ) | |
| official capacity ) | |
| HEATHER BATALION, in her individual and ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

**COME NOW** the parties and hereby stipulate and agree that this matter may be dismissed *without prejudice*.

Dated at Walden, Vermont this 16th day of February, 2022

**BENJAMIN MORLEY**

*Deborah T. Buchna*

By: _____
　　Deborah T. Bucknam, Esq.
　　Bucknam Law, PC
　　434 Eastman Road
　　Walden, Vermont 05836
　　802-748-5525
　　dbucknam@vtlegalhelp.com


Dated at Montpelier, Vermont this 16th day of February, 2022

**ALL DEFENDANTS**


By:_____
　　Rachel Smith
　　Deputy Solicitor General
　　Vermont Attorney General's Office
　　109 State Street
　　Montpelier, VT 05609
　　Rachel.e.smith@vermont.gov